## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies,

and to:

**SHERIFF
WORCESTER COUNTY HOUSE OF CORRECTIONS
5 PAUL X. TIVNAN DRIVE
WEST BOYLSTON, MA 01583**

YOU ARE COMMANDED to have the body of GUILLERMO FREDERICO VASCO now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 23, on the 7th floor, Boston, Massachusetts on Monday, June 13, 2005, at 11:00 A.M., for the purpose of PRELIMINARY EXAMINATION in the case of UNITED STATES OF AMERICA v. GUILLERMO FREDERICO VASCO, Magistrate Number 05-00006LTS.

And you are to retain the body of said GUILLERMO FREDERICO VASCO while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said GUILLERMO FREDERICO VASCO to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated: June 9, 2005



/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk