✤AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

US
v.
Vasco

**EXHIBIT AND WITNESS LIST**

Case Number: 05-mj-00006 LTS

| PRESIDING JUDGE Sorokin | PLAINTIFF'S ATTORNEY Bower | DEFENDANT'S ATTORNEY Norris |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER Digital | COURTROOM DEPUTY ~~DEPUTY~~ (MS) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/13 | | ✓ | Mathew O'Shaughnessy |
| 1 | | 6/13 | | ✓ | Compl Affidavit |
| ~~2~~ | 2 | 6/3 | X | ✓ | Separation agreement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

Case 1:05-cr-10164-GAO    Document 7    Filed 06/13/2005    Page 2 of 2