```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    ) CRIMINAL NO. 05CR10164GAO
                            )
         v.                 ) VIOLATIONS: Cts. 1-4
                            )
GUILLERMO FREDERICO VASCO   ) 18 U.S.C § 1958-Use of Interstate
                            )   Commerce Facilities in the
                            )   Commission of Murder-for-Hire
                            )
```

## INDICTMENT

**COUNT ONE:** (Title 18, United States Code, Section 1958-Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

The Grand Jury charges that:

On or about April 7, 2005, in the District of Massachusetts,

### GUILLERMO FREDERICO VASCO

defendant herein, did knowingly and intentionally use and cause to be used, the mail, with intent that the murder of his wife be committed in violation of the laws of the Commonwealth of Massachusetts, and as consideration for the receipt of, and promise and agreement to pay, money and other items of pecuniary value.

All in violation of Title 18, United States Code, Sections 1958 and 2.

**COUNT TWO:**   (Title 18, United States Code, Section 1958-Use of
Interstate Commerce Facilities in the Commission
of Murder-for-Hire)

The Grand Jury further charges that:

On or about April 28, 2005, in the District of Massachusetts,

**GUILLERMO FREDERICO VASCO**

defendant herein, did knowingly and intentionally use and cause to be used a facility of interstate commerce, that is, the telephone, with intent that the murder of his wife be committed in violation of the laws of the Commonwealth of Massachusetts, and as consideration for the receipt of, and promise and agreement to pay, money and other items of pecuniary value.

All in violation of Title 18, United States Code, Sections 1958 and 2.

**COUNT THREE:** (Title 18, United States Code, Section 1958-Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

The Grand Jury further charges that:

On or about April 29, 2005, in the District of Massachusetts,

**GUILLERMO FREDERICO VASCO**

defendant herein, did knowingly and intentionally use and cause to be used a facility of interstate commerce, that is, the telephone, with intent that the murder of his wife be committed in violation of the laws of the Commonwealth of Massachusetts, and as consideration for the receipt of, and promise and agreement to pay, money and other items of pecuniary value.

All in violation of Title 18, United States Code, Sections 1958 and 2.

**COUNT FOUR:** (Title 18, United States Code, Section 1958-Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

The Grand Jury further charges that:

On or about May 16, 2005, in the District of Massachusetts,

**GUILLERMO FREDERICO VASCO**

defendant herein, did knowingly and intentionally use and cause to be used a facility of interstate commerce, that is, the telephone, with intent that the murder of his wife be committed in violation of the laws of the Commonwealth of Massachusetts, and as consideration for the receipt of, and promise and agreement to pay, money and other items of pecuniary value.

All in violation of Title 18, United States Code, Sections 1958 and 2.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
SANDRA S. BOWER
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                June   , 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

1:00 pm
6/29/05

♦JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet 05CR10164GAO U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ATF

**City** Middleton  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant   X   New Defendant _____
Magistrate Judge Case Number   05-MJ-00006-LTS
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

**Defendant Name** Guillermo Frederico Vasco   Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1975  **SSN (last 4 #):** ____  **Sex** M  **Race:** H  **Nationality:** Ecuadoran

**Defense Counsel if known:** Mel Norris   **Address:** 260 Boston Post Road, Wayland, MA 01778

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Sandra S. Bower   **Bar Number if applicable** 0787700 (Florida)

**Interpreter:** ☒ Yes ☐ No   **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Worcester Co. HOC   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 29, 2005   **Signature of AUSA:** Sandra S. Bower

❧JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Guillermo Frederico Vasco

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1958(a) | Murder-for-hire | 1-4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**