# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to:

**SHERIFF
WORCESTER COUNTY HOUSE OF CORRECTIONS
5 PAUL X. TIVNAN DRIVE
WEST BOYLSTON, MA 01583**

YOU ARE COMMANDED to have the body of GUILLERMO VASCO now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14, on the 5th floor, Boston, Massachusetts on THURSDAY, JULY 14, 2005, at 11:00 A.M., for the purpose of ARRAIGNMENT in the case of UNITED STATES OF AMERICA v. GUILLERMO VASCO, Criminal Number CR 05-10164.

And you are to retain the body of said GUILLERMO VASCO while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said GUILLERMO VASCO to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated: July 13, 2005

/S/ LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE
By: _____
Deputy Clerk