UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO.  05-CR-10164-GAO

GUILLERMO FREDERICO VASCO
_____

JOINT MOTION FOR EXCLUDABLE DELAY
FOR THE PERIOD JULY 14, 2005, THROUGH SEPTEMBER 6, 2005.

Pursuant to Local Rule 112.2(2) and 18 U.S.C. § 3161(h)(8)(A), the parties respectfully request the Court to exclude the period between the defendant's arraignment on July 14, 2005, and September 6, 2005, the date of the initial status conference, in order that the parties may develop their discovery plans and/or produce discovery under the automatic discovery process. The Court stated its intention to do so at the defendant's arraignment and defense counsel advised the Court then that he had no objection to this period being excluded.

WHEREFORE, the parties request that the period of July 14, 2005, through September 6, 2005, be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Sandra S. Bower for                By:    /s/ Sandra S. Bower
     MELVIN NORRIS                                 SANDRA S. BOWER
     260 Boston Post Road                          Assistant U.S. Attorney
     Wayland, MA 01778                             U. S. Attorney's Office
                                                   John Joseph Moakley
                                                   United States Courthouse
                                                   1 Courthouse Way, Suite 9200
                                                   Boston, MA  02210