OFFICES OF

**MELVIN NORRIS**

ATTORNEY AT LAW

260 Boston Post Road, Suite 9
Wayland, Massachusetts  01778
Tel: (508)  358-3305
Fax: (508) 358-7787

July 15, 2005

Sandra S. Bower, AUSA
U.S. District Court 9th floor
1 Courthouse WAY
Boston, MA. 02110

Re:  USA v. Vasco
     Cr. No. 05-10164 GAO

Dear MS. Bower:

    In addition to the usual automatic discovery, please furnish me a copy of the tape of the telephone conversations between Keven Perry and Attorney Fred B. McAlary, Jr.

    The call was made from Essex County Correctional Facility in Middleton on or about March 14, 2005, after my client returned from the Probate Court, and another call from Middleton to that attorney using Mr. Vasco's PIN on March 4, 2005. The PIN number used was my client's – 101108.

    I would also like to review the box of materials taken from my client's cell when he left Middleton.

    My client advised me that he wrote a letter to Perry around March 14 to 18, 2005, and I would ask you to produce the same.

Very truly yours,

Melvin Norris

cc:  Client

Case 1:05-cr-10164-GAO    Document 13    Filed 07/15/2005    Page 2 of 2