OFFICES OF
# MELVIN NORRIS
ATTORNEY AT LAW

260 Boston Post Road, Suite 9
Wayland, Massachusetts  01778
Tel: (508)  358-3305
Fax: (508) 358-7787

September 29, 2005

Sandra S. Bower, AUSA
U.S. District Court 9th floor
1 Courthouse WAY
Boston, MA. 02110

Re:   USA v. Vasco
      Cr. No. 05-10164 GAO

Dear Ms. Bower:

In addition to the usual automatic discovery, please furnish me a copy of all of the tapes of the telephone conversations between your informant, cooperating witness, and any and all Law Enforcement Agents with reference to the above matter.

In addition, please furnish me copies of all reports, and notes of all conversations relating to an informant or cooperating witness and any agent of any law enforcement agency with reference to the above matter.

The calls were made from Essex County Correctional Facility in Middleton.

I would also like to review the box of materials taken from my client's cell when he left Middleton.  Thank you for your anticipated cooperation.

Very truly yours,
/s/ MELVIN NORRIS
Melvin Norris

cc:    Client