

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*    John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

October 13, 2005

Melvin Norris, Esq.
260 Boston Post Road
Wayland, MA 01778

    Re: Guillermo Frederico Vasco
        05-CR-10164-GAO

Dear Mr. Norris:

    This is in response to your September 29, 2005, letter to me requesting additional discovery. Please be advised that the government does not have in its possession any tape recordings of telephone conversations between the cooperating witness (CW) and any law enforcement agents with respect to this case. Recordings of calls made by inmates at the Essex County Correctional Facility, with the exception of calls to attorneys, are maintained by the facility.

    You have been provided with copies of all reports relating to the CW prepared by any law enforcement agent with respect to this case. The government declines to produce agent notes as not required by Fed. R. Crim. P. 16, the Local Rules or case law, but states that agents have been advised of their obligation to preserve such notes.

    I would be happy to arrange an opportunity for you to view the box of materials taken from the defendant's Middleton cell. Please call me with some convenient dates and times and I will make the box available to you.

                                          Very truly yours,

                                          MICHAEL J. SULLIVAN
                                        United States Attorney

                      By:  /s/ Sandra S. Bower
                            SANDRA S. BOWER
                            Assistant U.S. Attorney