UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 05-CR-10164-GAO

GUILLERMO FREDERICO VASCO
_____

JOINT MOTION FOR EXCLUDABLE DELAY
FOR THE PERIOD NOVEMBER 8, 2005, THROUGH DECEMBER 8, 2005.

The parties respectfully request the Court to exclude the period of November 8, 2005, through December 8, 2005, pursuant to 18 U.S.C. 3161(h)(8)(A) of the Speedy Trial Act and state the following in support of this request:

1. At an interim status conference on November 8, 2005, defense counsel requested additional time to review a box of materials taken from the defendant's jail cell. The government did not object to this request.

2. The Court scheduled a final status conference for December 8, 2005, and defense counsel orally agreed that the time until the next conference should be excluded under the Act.

WHEREFORE, the parties request that the period of November 8, 2005, through December 8, 2005, be excluded in that the ends of justice served by doing so outweigh the best interests of the public and the defendant in a speedy trial.

                                                                    Respectfully submitted,

                                                                    MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Sandra S. Bower for      By:   /s/ Sandra S. Bower
    MELVIN NORRIS                           SANDRA S. BOWER
    260 Boston Post Road                Assistant U.S. Attorney
    Wayland, MA 01778                 U. S. Attorney's Office
                                                     John Joseph Moakley
                                                     United States Courthouse
                                                   1 Courthouse Way, Suite 9200
                                                   Boston, MA  02210

Dated: 11/9/05