# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:
 WORCESTER COUNTY HOUSE OF CORRECTIONS
 5 PAUL X. TIVNAN DRIVE
 WEST BOYLSTON, MA 01583

YOU ARE COMMANDED to have the body of  **GUILLERMO FREDERICO VASCO**  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **14**, on the **5TH** floor, Boston, Massachusetts on **WEDNESDAY, DECEMBER 14, 2005**, at **2:15 P.M.**

for the purpose of **ARRAIGNMENT ON SS INDICTMENT**

in the case of  UNITED STATES OF AMERICA V.  **VASCO**

CR Number **1:05-CR-10164GAO**

And you are to retain the body of said **GUILLERMO FREDERICO VASCO** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **GUILLERMO FREDERICO VASCO** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **12TH** day of **DECEMBER**.

_/s/ [signature]_
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

SARAH ANN THORNTON
CLERK OF COURT

By: /s/ Maria Simeone
Courtroom Deputy Clerk

(Vasco habe.wpd - 2/2000)