UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 05-CR-10164-GAO

GUILLERMO FREDERICO VASCO

### JOINT MOTION FOR EXCLUDABLE DELAY
### FOR THE PERIOD DECEMBER 8, 2005, THROUGH DECEMBER 14, 2005

The parties respectfully request the Court to exclude the period of December 8, 2005 through December 14, 2005, under the Speedy Trial Act and state the following in support of this request:

1. A superseding indictment was returned against the defendant on December 7, 2005. At a status conference previously scheduled in the case held on December 8, 2005, the Court scheduled the defendant's arraignment on the superseding indictment for December 14, 2005.

2. The parties agreed at the status conference that the time until the defendant is arraigned on the superseding indictment should be excluded under the Speedy Trial Act.

WHEREFORE, the parties respectfully request the Court to exclude the period of December 8, 2005, to December 14, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Melvin Norris
MELVIN NORRIS
260 Boston Post Road
Wayland, MA 01778

By: /s/ Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney
U. S. Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: 12/14/05

*Allowed as in the interests of justice*
*USDJ [signature] 12/14/2005*