UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                  Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

### MOTION FOR AUTHORITY TO EXPEND FUNDS
### FOR AN INTERPRETER

Now comes Melvin Norris, Court Appointed Attorney for the Defendant, Guillermo F. Vasco, and moves this Honorable Court for $600.00 to retain the services of an interpreter. The defendant assigns as reason therefor that there are numerous handwritten and typed letters which are in Spanish, and counsel needs translations of the documents to prepare the case. Counsel has conferred with an interpreter who estimated the cost at $600.00 for the translation of these documents.

                                                Respectfully Submitted

                                                /s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd.
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

January 30, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

    /s/ Melvin Norris
MELVIN NORRIS