UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**1:05-10164GAO**

UNITED STATES OF AMERICA

v.

**GUILLERMO VASCO**

**ORDER AND**
**FINAL STATUS REPORT**

**March 28, 2006**

SOROKIN, M.J.

A Final Status Conference was held before this court on **March 28, 2006**, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and orders.

1. A trial does appear to be necessary in this case.

2. The discovery to be provided before the Initial Pretrial Conference is complete and neither party anticipates providing additional discovery as a result of its future receipt of information, documents or reports of examinations or tests.

3. No motions to sever, dismiss or suppress are anticipated.

4. The defendant does not intend to raise a defense of public authority. The defendant has not noticed an intent to raise a defense of insanity.

5. As of **March 28, 2006**, no unexcluded time will have elapsed since the arraignment, thus seventy (70) days remain under the Speedy Trial Act before trial must commence.

6. The estimated length of trial is **five to seven** days.

    The Clerk shall return this file to the District Judge assigned to this case for an Initial Pretrial conference as soon as possible.

                                            / s / Leo T. Sorokin
                                        LEO T. SOROKIN
                                        UNITED STATES MAGISTRATE JUDGE