UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

**DEFENDANT'S EX PARTE MOTION FOR
FUNDS FOR A PSYCHIATRIC EVALUATION**

Now comes Melvin Norris, Court Appointed Attorney for the Defendant, Guillermo F. Vasco, and moves this Honorable Court for a sum not to exceed $10,000.00 to retain the services of a psychiatrist to evaluate the defendant's competency and mental state.  As reason therefore, the defendant states that his mental status and competency at the time of the alleged offense and to stand trial are critical issues for his defense, and this psychiatrist is able to evaluate Mr. Vasco and prepare a report for counsel.  The psychiatrist who counsel has conferred with is Jacob C. Holzer, M.D.  A copy of Dr. Holzer's Curriculum Vitae is attached hereto as Exhibit A.  Dr. Holzer has informed counsel that his rate for services is $400.00 per hour.

                              Respectfully Submitted

                              /s/ *Melvin Norris*
                              Melvin Norris
                              260 Boston Post Rd.
                              Wayland, MA. 01778
                              Tel. 508 358 3305
                              BBO # 373900

April 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

      /s/ Melvin Norris
      MELVIN NORRIS

EXHIBIT A

## CURRICULUM VITAE

| PART I: | General Information |
|---|---|
| Date Prepared: | 11/05 |
| Name: | Jacob C. Holzer, M.D. |
| Office Address: | Mailing address: Westborough State Hospital, Daniels Building, PO Box 288, Lyman Street, Westborough, MA 01581<br>Telephone: 508-616-2525<br>Fax: 617-505-4027<br>Page: 508-899-2398<br>E-Mail: jacob.holzer@dmh.state.ma.us |
| Date, Place of Birth: | 8/1/55, Somers Point, N.J. |

Military:
  1974-78    U. S. Air Force
             Awards: National Defense Service Medal, AF Good Conduct Medal,
             AF Small Arms Expert

Education:
  1978  A.A.  U. Maryland (European Division), RAF Bentwaters, U.K.
  1981  B.A.  Boston University, Boston, MA
  1986  M.D.  Tufts University School of Medicine, Boston, MA

Postdoctoral Training:

  1986-87   Transitional Internship in Internal Medicine, Lemuel Shattuck Hospital and New England Medical Center, Boston, MA
  1987-90   Residency in Psychiatry, Yale University School of Medicine, New Haven, CT
  1989-90   Chief Resident, Medical Psychiatry In-patient, Yale-New Haven Hospital, New Haven, CT
  1990-91   Clinical Neuroscience Fellow, OCD Clinic, Clinical Neuroscience Research Unit, Yale University School of Medicine, New Haven, CT
  1991-93   Clinical Fellow, Behavioral Neurology Unit, Beth Israel Hospital, Harvard Medical School, Boston, MA

Licensure and Certification:

  1987        Diplomate, National Board of Medical Examiners
  1988-91     Connecticut Medical License
  1991-       Massachusetts Medical License #74258
  1991-       U.S. Drug Enforcement Administration
  1991-       Massachusetts Drug Registration
  1994, 2004  American Board of Psychiatry and Neurology Certification General Psychiatry # 40090
  1999        American Board of Psychiatry and Neurology Certification Forensic Psychiatry # 1033
  2001-       Certification, Designated Forensic Professional, Massachusetts Department of Mental Health

Academic Appointments:

| | |
|---|---|
| 1990-91 | Instructor in Psychiatry, Yale University School of Medicine, New Haven, CT |
| 1991-93 | Instructor in Psychiatry and Neurology, Harvard Medical School, Boston, MA |
| 1994-present | Assistant Professor, Tufts University School of Medicine, Boston, MA |
| 1998-02 | Assistant Professor, U. Massachusetts Medical School, Worcester, MA |
| 2002-2005 | Instructor in Psychiatry, Harvard Medical School, Boston, MA |
| 2005-present | Assistant Professor, U. Massachusetts Medical School, Worcester, MA |

Hospital and Affiliated Institution Appointments:

| | |
|---|---|
| 1989-90 | Chief Resident, Yale-New Haven Hospital, New Haven, CT |
| 1988-91 | Medical Staff, Whiting Forensic Institute, Middletown, CT |
| 1990-91 | Research Fellow, Clinical Neuroscience Research Unit, Connecticut Mental Health Center, New Haven, CT |
| 1991-93 | Clinical Fellow, Dept. of Neurology, Beth Israel Hospital, Boston, MA |
| 1992-94 | Director, Psychiatry Outpatient Service, Medical Center of Central Massachusetts, Worcester, MA |
| 1994-98 | Director, Adult In-patient Neuropsychiatry, Lemuel Shattuck Hospital, Boston, MA |
| | Psychiatry Consultant, Dept. of Neurology, New England Medical Center, Boston, MA |
| 1998-02 | Medical Director, Forensic/Intake Unit, Medfield State Hospital, Medfield, MA |
| 2002-2005 | Staff Psychiatrist, Massachusetts General Hospital and Spaulding Rehabilitation Hospital, Boston, MA |
| 2005-present | Westborough State Hospital, Westborough, MA; UMass Medical School, Worcester, MA |

Other Professional Positions and Major Visiting Appointments:

| | |
|---|---|
| 1994-present | Private Forensic Psychiatry Practice |
| 1996 | Chief Proctor, American Board of Psychiatry and Neurology Board Examinations, Boston, MA |
| 1997-98 | Neuropsychiatry Consultant, Massachusetts Dept. of Mental Health, Metro-Suburban Area |
| 2004-present | Psychiatry Consultant, MCMC, Inc. |

Hospital and Health Care Organization Service Responsibilities:

| | |
|---|---|
| 1988-91 | Staff physician (primary care, psychiatry), Whiting Forensic Institute, Middletown, CT |
| 1990-91 | Research Psychiatrist (psychopharmacology), Obsessive-Compulsive Disorders (OCD) Unit, Connecticut Mental Health Center, New Haven, CT |
| 1991-93 | Clinical Psychiatrist (neuropsychiatry, behavioral neurology), Behavioral Neurology Unit, Beth Israel Hospital, Boston, MA |
| 1992-94 | Clinical Psychiatrist (outpatient psychiatry), Dept. of Psychiatry, Medical Center Central Massachusetts, Worcester, MA |
| 1994-98 | Clinical Neuropsychiatrist (inpatient neuropsychiatry, outpatient neurology), Lemuel Shattuck Hospital and New England Medical Center, Boston, MA |
| 1988-02 | Medical Director, Clinical Psychiatrist (inpatient psychiatry) and Forensic Psychiatrist (Division of Forensic Mental Health, Dept. of Mental Health), Medfield State Hospital, Medfield, MA |

| | |
|---|---|
| 2002-04 | Staff psychiatrist/psychopharmacology, OCD clinic, Psychiatric Neuroscience Program, Massachusetts General Hospital, Boston, MA |
| 2002-05 | Consultation Psychiatrist (neurology rehabilitation patients), Spaulding Rehabilitation Hospital, Boston, MA |
| 2005-present | Attending Psychiatrist, Westborough State Hospital, Westborough, MA |

Major Administrative Responsibilities:

| | |
|---|---|
| 1992-94 | Director, Psychiatry Outpatient Service, Medical Center Central Massachusetts, Worcester MA |
| 1994-98 | Director, Inpatient Neuropsychiatry Unit, Lemuel Shattuck Hospital, Boston, MA |
| 1998-02 | Medical Director, Forensic/Intake Unit, Medfield State Hospital, Medfield, MA |
| 2005-present | Associate Medical Director – Forensic Division, Westborough State Hospital, Westborough, MA |

Major Committee Assignments:

National:

| | |
|---|---|
| 2000- | Forensic Neuropsychiatry Committee, American Academy of Psychiatry and the Law (AAPL) |
| | Psychopharmacology Committee, AAPL |
| 2004 - | American Academy of Psychiatry and the Law Institute Research Committee |
| 2005- | Chair, Forensic Neuropsychiatry Committee, AAPL |

Regional:

| | |
|---|---|
| 1999-00 | Human Research Review Committee, Massachusetts Dept of Public Health, Lemuel Shattuck Hospital, Boston, MA |

Tufts University School of Medicine/Lemuel Shattuck Hospital:

| | |
|---|---|
| 1994-98 | Committee for Training in Psychiatric Emergency Response |
| | Division I Committee |

University of Massachusetts Medical School/Medfield State Hospital:

| | |
|---|---|
| 1998-02 | Forensic/Intake Unit Leadership Committee |
| | Grand Rounds Planning Committee |
| | Forensic Liaison Committee |
| | Professional Patient Care Committee |
| | Sex Offender Assessment/Treatment Committee |

Massachusetts General Hospital/Partners:

| | |
|---|---|
| 2002-2005 | Medical Records Committee (Spaulding) |
| | HIPAA Confidentiality, Privacy & Security Committee (Spaulding) |

University of Massachusetts Medical School/Westborough State Hospital:

| | |
|---|---|
| 2005- | Continuing Care Forensic Committee |
| | Acute Forensic Committee |
| | Inpatient Forensic Liason Committee |

3

Professional Societies:

| | |
|---|---|
| 1988- | American Psychiatric Association, member |
| 1988-91 | Connecticut Psychiatric Society, member |
| 1991- | Massachusetts Psychiatric Society, member |
| 1992-97 | American Neuropsychiatric Association, member |
| 1992- | Boston Society of Neurology and Psychiatry, member |
| 1993- | American Academy of Psychiatry and the Law, member and committee member (see above) |

Editorial Boards:

| | |
|---|---|
| 1995-97 | Associate Editor, American Neuropsychiatric Association Newsletter |

Awards and Honors:

| | |
|---|---|
| 1981 | Boston University Magna cum Laude with Distinction for Research |
| 1997-98 | Tufts University School of Medicine Faculty Award for Excellence in Teaching |
| 2003 | Promoting Excellence in End-of-Life Care, Robert Wood Johnson Foundation and the University of Montana |
| 2004 | Partners in Excellence Award: Spaulding Rehabilitation Hospital, Partners Healthcare System |

PART II:                    Research, Teaching, and Clinical Contribution

A. Narrative Report

Starting in residency, I developed a clinical and research interest in the areas of biological psychiatry, neuropsychiatry, and psychopharmacology, with a specific interest in patients with primary neurological disorders and secondary psychiatric and cognitive conditions. Based on this interest, I completed two fellowships, in psychopharmacology research and in clinical neuropsychiatry / behavioral neurology. During this time, I also developed an interest in the area of law and psychiatry. Since completing fellowship training, I have had the opportunity to work with different patient groups in direct care and consultation settings, including outpatients with primary psychiatric conditions, severe brain injury inpatients, outpatient neurology patients, MA. Dept. of Mental Health outpatients and inpatients, outpatients with OCD, co-morbid psychiatric conditions and movement disorders, patients with acute medical/surgical conditions, and patients in an inpatient rehabilitation setting. In addition, over the last several years, I have provided psychiatric forensic consultation to attorneys and the courts in Massachusetts, both on a private basis and as a designated forensic professional for the State of Massachusetts. In this context, I have developed expertise in the areas of competency (including consent for treatment, testamentary capacity, competency to stand trial) and mild head injury/neurological disorders in relation to criminal charges and civil cases.

With this broad clinical background, I have written about, and given presentations in, a variety of topics, including OCD, the neuropsychiatric aspects of epilepsy, the neuropsychiatric aspects of traumatic brain injury, the neurobiology of violence and aggression, informed consent/competency, executive cognitive functions in competency assessments, financial decision-making, forensic aspects of a cross-cultural psychiatry clinical case, mild head injury and litigation, electro-convulsive treatment in neurological disorders, and use of medication interventions in specific neuropsychiatric presentations.

My specific research interests are focused on neuropsychiatric aspects of forensic psychiatry. This includes: a) cognitive studies in the area of capacity to make informed decisions/competency, including use of bedside cognitive screening tools and neuropsychological measures, within different patient populations, b) integration of cognitive and structured interview approaches to competency assessment in different contexts, including competency to stand trial and end of life decision making, and c) mild head injury within criminal and civil court proceedings. My major clinical research interests are in: a) medical psychiatry involving co-morbid medical and chronic psychiatric conditions, b) obsessive-compulsive disorders, tic disorders, and anxiety conditions, c) clinical neuropsychiatry, involving the neurobiology and psychiatry of primary neurological disorders, and d) forensic psychiatry and the application of neuropsychiatry/neuroscience to forensic psychiatry.

B. Funding Information

    10/98 – 3/04     Robert Wood Johnson Foundation Grant, co-investigator, "End of Life Care for Persons with Serious Mental Illness"

C. Report of Research Activities

    1. End of Life Care for Persons with Serious Mental Illness; Role: Co-investigator, this project examines the capacity of patients with chronic serious mental illness to make decisions around end of life care in comparison to a control group, using a structured competency assessment instrument (MacArthur Competence Assessment Tool – Health Care Proxy) and bedside cognitive screening and psychiatric severity scales, including the Mini-Mental State Exam, the Executive Interview, and the Brief Psychiatric Rating Scale (2000-02)

    2. Relationship of Cognitive Measures to Standards of Capacity to Consent to Treatment in a Stroke Population; Role: PI, now in the planning stage, this project will examine the relationship of specific neuropsychological measures and cognitive screening instruments to each of the four

5

standards of competency assessment (understanding, appreciation, choice, reasoning) within a sample of patients with stroke syndromes in a rehabilitation setting compared with controls.

3. A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Determine the Efficacy and Safety of Adjunctive Topiramate in the Treatment of Obsessive-Compulsive Disorder; Role: Co-investigator at the MGH site, sponsored by Ortho-McNeil Pharmaceuticals, Inc. (11/02-4/04)

D. Report of Teaching

1. Local contributions:

    a. Medical Schools:

| | |
|---|---|
| 1997 | Psychopathology (Lemuel Shattuck Hospital), small group lecturer, approx 5-10 Tufts medical students, 1.5 hours |
| 1997-98 | Psychopharmacology of Anxiety Disorders (Lemuel Shattuck Hospital), small group lecturer, approx. 5-10 Tufts medical students, 1.5 hours/year |
| 1997-98 | Psychopathology (New England Medical Center), small group lecturer, approx 20-30 Tufts 2nd year medical students/rotation, approx. 40 hours/year |

    b. Graduate Medical Courses:

| | |
|---|---|
| 1989-90 | Medial Psychiatry (Yale-New Haven Hospital)<br>Chief Resident/Lecturer, 2 psychiatry residents/rotation, approx. 40 hours/year |
| 1991-93 | Clinical Neuropsychiatry (Beth Israel Hospital)<br>Clinical Fellow/Lecturer, 0-2 Harvard medical students/rotation, 2-5 psychiatry and neurology residents/rotation, approx. 40 hours/year |
| 1992-94 | Clinical Psychiatry, Psychopharmacology (Medical Center of Central Massachusetts) Attending, 0-2 U. Mass medical students/rotation, 0-2 internal medicine residents/rotation, approx. 20 hours/year |
| 1997 | Clinical and Research Aspects of Competency Assessment (New England Medical Center and Lemuel Shattuck Hospital), Tufts psychiatry residents, 1.5 hours/year |
| 1994-98 | Clinical Psychiatry, Neuropsychiatry, Neuropsychopharmacology, Neurology: ongoing inpatient unit resident seminars (Lemuel Shattuck Hospital), Attending physician, 1-3 Tufts Dept. of Psychiatry and Neurology residents/rotation, approx. 2 hours/week, approx. 80 hours/year. |
| 1998 | Clinical and Research Aspects of Competency: Application to Brain Injury, U. Mass Dept. of Psychiatry residents – Public Sector Psychiatry Seminar, 1 hr. |
| 2000 | Diagnostic Basis to Medication Decision-Making, U. Mass Psychology Intern Seminar, Medfield State Hospital, 1 hr. |
| 2001 | Clinical and Research Aspects of Competency: Application to Brain Injury, U. Mass Dept. of Psychiatry residents – Public Sector Psychiatry Seminar, 1 hr. |

c. Local Invited Teaching Presentations:

| | |
|---|---|
| 1992 | Clinical Review of Obsessive-Compulsive Disorders. Lecturer; Behavioral Neurology Unit Rounds, Beth Israel Hospital, 1 hr. |
| 1993 | Neuropsychiatric Sequela of Closed Head Injury: The Influence of Personality (co-lecturer), Seminar in Biological Psychiatry, Depts. of Neurology and Psychiatry, U. Massachusetts Medical School, 1.5 hrs. |
| 1994 | Review of Obsessive-Compulsive Disorder: Application to the Primary Care Setting. Internal Medicine Grand Rounds, Lemuel Shattuck Hospital, 1 hr. |
| 1994 | Clinical Review of the Neuropsychiatry of Violence and Aggression (co-lecturer), Lemuel Shattuck Hospital Neuropsychiatry Rounds, 2 hrs. |
| 1995 | Clinical Review of Obsessive-Compulsive Disorders, Psychiatry Grand Rounds, New England Medical Center, 1 hr. |
| 1995 | Neuropsychiatric Aspects of Epilepsy, Psychiatry Grand Rounds, New England Medical Center, 1 hr. |
| 1996 | Clinical and Research Aspects of Competency Assessment, Internal Medicine Grand Rounds, Lemuel Shattuck Hospital, 1 hr. |
| 1996 | Neurobiological, Clinical, and Research Aspects of Decision-Making Capacity and Competency, Psychiatry Grand Rounds, New England Medical Center, 1 hr. |
| 1996 | Neuropsychiatric Aspects of Epilepsy, Internal Medicine Grand Rounds, Lemuel Shattuck Hospital, 1 hr. |
| 1996 | Neuropsychiatric Aspects of Competency in the Dept. of Public Health Population, Lemuel Shattuck Hospital and Massachusetts Dept. of Public Health, 1 hr. |
| 1997 | Issues Regarding Informed Consent and Competency in the Chronic Psychiatric Population, Staff Seminar, Medfield State Hospital, 1.5 hrs. |
| 1997 | Issues Regarding Informed Consent and Competency in the Chronic Psychiatric Population, Staff Seminar, Westborough State Hospital, 1.5 hrs. |
| 1997 | Issues Regarding Informed Consent and Competency in the Chronic Psychiatric Population, Staff Seminar, MetroWest CCSS East Case Management Office, 1.5 hrs. |
| 1997 | Psychiatric Aspects of Epilepsy, Internal Medicine Grand Rounds, Lemuel Shattuck Hospital, 1 hr. |
| 1997 | Clinical and Research Aspects of Competency: Application to Brain Injury, Behavioral Neuroscience Seminar, Dept. of Neurology, Brigham and Women's Hospital, 1 hr. |
| 1998 | Clinical and Research Aspects of Competency: Application to Brain Injury, Law and Psychiatry Program Seminar, U. Mass Medical School Dept. of Psychiatry, 1 hr. |
| 1998 | Clinical and Research Aspects of Competency: Application to Brain Injury, Internal Medicine Grand Rounds, Lemuel Shattuck Hospital, 1 hr. |

| | |
|---|---|
| 1998 | Clinical and Research Aspects of Competency: Application to Brain Injury, Psychiatry Grand Rounds, McLean Hospital, 1 hr. |
| 1998 | Clinical and Research Aspects of Competency: Application to Geriatrics, Boston Medical Center, 1 hr. |
| 1998 | Mental Impairment and Financial Decision-Making, American Express Financial Advisors West Division Meeting, Natick, MA, 1 hr. |
| 1999 | Clinical and Research Aspects of Competency: Application to Brain Injury, Grand Rounds, Medfield State Hospital, 1 hr. |
| 1999 | Psychiatric Aspects of Epilepsy, Grand Rounds, Medfield State Hospital, 1 hr. |
| 2000 | Cultural Variables in a Vietnamese-American Patient with a Complex Psychiatric, Neurological, and Forensic Presentation (co-lecturer), Psychiatry Grand Rounds, U. Mass Medical School, 1.5 hrs. |
| 2000 | Psychiatric Aspects of Epilepsy, Grand Rounds, Westborough State Hospital, 1 hr. |
| 2000 | Clinical and Research Aspects of Competency: Application to Brain Injury, Grand Rounds, Pembroke Hospital, 1 hr. |
| 2000 | Review of the Massachusetts Dept. of Mental Health Schizophrenia Guidelines, Grand Rounds, Medfield State Hospital, 1 hr. |
| 2001 | Mild Head Injury and Litigation (co-lecturer), U. Mass Medical School Law and Psychiatry Program, Worcester State Hospital, 1.5 hrs. |
| 2001 | Mild Head Injury and Forensic Issues, Grand Rounds, Medfield State Hospital, 1 hr. |
| 2001 | Clinical Case Conference, Quincy Mental Health Center, 1 hr. |
| 2001 | Mild Head Injury and Litigation, Grand Rounds, Westborough State Hospital, 1 hr. |
| 2004 | Competency Assessment and Research, Grand Rounds, Spaulding Rehabilitation Hospital, Boston, MA., 1 hr. |
| 2005 | Review of Psychiatric Interventions in TBI, Staff In-Service Training, Spaulding Hospital, Boston, MA., 1 hr. |
| 2005 | Schwartz Rounds: Prioritizing Time and Setting Limits (case presentation and discussion), Spaulding Rehabilitation Hospital, Boston, MA., 1 hr. |
| 2005 | M&M Rounds: Psychiatric Management of a Patient with Metastatic Brain Malignancy Status-post Neurosurgical Resection and Premorbid Bipolar Illness (presentation and discussion), Spaulding Rehabilitation Hospital, Boston, MA., 1 hr. |

d. Continuing Medical Education Courses:

8

| | |
|---|---|
| 1997 | Psychiatric Aspects of Epilepsy, in the 1997 Comprehensive Review and Update of Psychiatry and Neurology, McLean Hospital, 1.5 hrs. |
| 1998 | Psychiatric Aspects of Epilepsy, in the 1998 Comprehensive Review and Update of Psychiatry and Neurology, McLean Hospital, 1.5 hrs. |
| 1999 | Psychiatric Aspects of Epilepsy, in the 1999 Comprehensive Review and Update of Psychiatry and Neurology, McLean Hospital, 1.5 hrs. |
| 2000 | Psychiatric Aspects of Epilepsy, in the 2000 Comprehensive Review and Update of Psychiatry and Neurology, McLean Hospital, 1.5 hrs. |

e. Advisory and Supervisory Responsibilities in Clinical Settings:

| | |
|---|---|
| 1994-98 | Attending, Inpatient Neuropsychiatry Unit, direct care supervisor for Tufts U. School of Medicine Depts. of Psychiatry and Neurology residents (approx 1-3 residents/rotation), and administrative supervisor for unit staff. |
| 1998-2002 | Medical Director/Attending, Medfield State Hospital Intake/Forensic Unit, administrative supervisor for unit staff. |
| 2004 | Clinical supervision, geriatric psychiatry fellow rotation at Spaulding Rehabilitation Hospital (4/04) |
| 2005 | Clinical mentor – Harvard undergraduate student clinical rotation, Spaulding Rehabilitation Hospital, 6/05 |
| 2005 | Clinical mentor – visiting high school students / intro to clinical professions rotation, Spaulding Hospital, 6/05 |

f. Teaching Leadership Roles:

| | |
|---|---|
| 1996 | Clinical Conference Organizer/Moderator: Competency, Substitute Decision Making, and Related Issues: Legal and Clinical Perspectives, Lemuel Shattuck Hospital and Massachusetts Dept. of Public Health, 4 hrs. |

2. Regional, National, International Contributions:

a. Invited Presentations:

| | |
|---|---|
| 1981 | Behavioral State Changes in Smoking Cessation, Lecturer, Membership/Attendees of the Eastern Psychological Association, NY, NY, 1 hr. |
| 1994 | Clinical Review of Obsessive-Compulsive Disorders. Psychiatry Grand Rounds, University of South Florida School of Medicine, Tampa, FL, 1 hr. |
| 1996 | Executive Functions in Informed-Consent Evaluations, in Assessments in Forensic Psychiatry and Psychology conference, Second Annual International Colloquium on |

9

|  |  |
|---|---|
|  | Aggression, Mental Disorders, and Interventions, Centre de Recherche Philippe Pinel de Montreal, QC, Canada, 1 hr. |
| 1998 | Clinical and Research Aspects of Competency: Application to Brain Injury, Whiting Forensic Institute, Yale U. School of Medicine, Middletown, CT, 1 hr. |
| 1998 | Clinical and Research Aspects of Competency: Application to Brain Injury, Law and Psychiatry Division Seminar, Yale U. School of Medicine, New Haven, CT, 1 hr. |
| 1999 | Clinical and Research Aspects of Competency: Application to Brain Injury, Psychiatry Grand Rounds, Bay Pines VAMC, Bay Pines, FL., 1 hr. |
| 2003 | New Directions in Competency Assessment (co-lecturer), American Academy of Psychiatry and the Law Annual Meeting, San Antonio, TX, 2 hrs. |

b. Teaching Awards Received:

| 1997-98 | Tufts University School of Medicine Faculty Award for Excellence in Teaching |
|---|---|

E. Report of Clinical Activities

1. Description of Clinical Practice:

| 1986-87 | Transitional/Internal Medicine Internship, Lemuel Shattuck Hospital and New England Medical Center (rotations in internal medicine, intensive care, emergency medicine, and neurology) |
|---|---|
| 1987-90 | Residency in Psychiatry, Yale University School of Medicine (inpatient, outpatient, emergency, crisis intervention, consult-liaison; elective rotations in forensic psychiatry, sleep medicine, and the Tardive Dyskinesia Clinic) |
| 1989-90 | Chief Resident in inpatient Medical Psychiatry, Yale-New Haven Hospital |
| 1988-91 | Medical Staff (internal medicine, psychiatry), Whiting Forensic Institute |
| 1990-91 | Staff Psychiatrist/Research Fellow, Clinical Neuroscience Research Unit (CNRU), Connecticut Mental Health Center (OCD and Tourette's Syndrome patients) |
| 1991-93 | Staff Psychiatrist/Clinical Fellow, Behavioral Neurology Unit (BNU), Beth Israel Hospital (patients with primary neurological disorders and secondary psychiatric conditions, consultant to maximum security adolescent offender program) |
| 1992-94 | Staff Psychiatrist/Director of Outpatient Psychiatry, Medical Center of Central Massachusetts (MCCM) (psychopharmacology management of large community-based outpatient psychiatry clinic) |
| 1994-98 | Staff Neuropsychiatrist/Director, Inpatient Neuropsychiatry Unit, Lemuel Shattuck Hospital (neurology inpatients with co-morbid medical, psychiatric, and substance abuse conditions); psychiatric consultation for the Lemuel Shattuck Hospital medical/surgical units and the Massachusetts Dept. of |

|  |  |
|---|---|
|  | Corrections medical prison unit; psychiatric consultation for New England Medical Center Dept. of Neurology outpatient clinic. |
| 1998-02 | Medical Director/Staff Psychiatrist, inpatient evaluation/forensic unit, Medfield State Hospital; neuropsychiatric/psychopharmacology consultations at Medfield State Hospital; forensic psychiatry evaluations (Massachusetts Dept. of Mental Health Forensic Mental Health Division). |
| 2002-present | Staff Psychiatrist, Spaulding Rehabilitation Hospital; Staff Psychopharmacologist, Massachusetts General Hospital Obsessive-Compulsive Disorders Clinic. |

2. Patient Load

|  |  |
|---|---|
| 1986-87 | Internship at NEMC: patients with medical/surgical emergencies, wide range of clinical presentations, # patients approx 50; Shattuck: large percentage of patients inpatient and outpatient) with chronic medical conditions, indigent/homeless, and substance-abuse, # patients approx 250 |
| 1987-90 | Yale psychiatry residency: wide range of acute and chronic psychiatric conditions including psychiatric emergencies, # patients approx 500 |
| 1989-90 | Yale chief residency: in-patients with acute psychiatric conditions and co-morbid active medical/neurological problems, # patients approx 35 |
| 1988-91 | Whiting Forensic Institute: defendants/inmates with psychiatric/behavioral problems, some with co-morbid chronic medical conditions, # patients approx 50 |
| 1990-91 | CNRU fellow: outpatients with OCD, some with co-morbid Tourette's Syndrome, # patients approx 75 |
| 1991-93 | BNU fellow: outpatients with wide range of primary neurological conditions with a cognitive/behavioral component, some with active psychiatric symptoms, # patients approx 100 |
| 1992-94 | MCCM staff: Worcester community outpatients with wide range of psychiatric conditions, # patients approx 300 |
| 1994-98 | Shattuck Hospital neuropsychiatry position: patients with moderate to severe primary neurological conditions and co-morbid psychiatric/behavioral symptoms, high percentage of indigence and substance abuse, # patients approx 300 (includes New England Medical Center Dept. Neurology outpatients) |
| 1998-02 | Medfield Hospital position: two overlapping populations, involving patients with severe chronic mental illness and patients/defendants in the criminal justice system admitted for forensic evaluation and/or treatment, # patients approx 200 |
| 2002-2005 | Spaulding Hospital position: psychiatric consultation on patients with primary neurological disorders (stroke, spinal cord, traumatic brain, other neurological disorders), medical conditions, # patients approx 400; MGH OCD clinic: patients with OCD, co-morbid psychiatric conditions, # patients approx 250 |

**PART III:**          **Bibliography**

Original Articles

1. Holzer JC, Giakas W, Mazure C, Price B. Dysarthria during ECT given for parkinsons's disease and depression. **Convulsive Therapy** 1992; 8(3):201-203.

2. McDougle C, Goodman W, Leckman J, Holzer JC, Barr L, McCance-Katz E, Heninger G, Price L. Limited therapeutic effect of addition of buspirone in fluvoxamine-refractory obsessive-compulsive disorder. **Am J Psychiatry** 1993; 150:647-649.

3. Tisher P, Holzer JC, Greenberg M, Benjamin S, Devinsky O, Bear D. Psychiatric presentations of epilepsy. **Harvard Rev Psychiatry** 1993; 1:219-228.

4. Holzer JC, Goodman W, McDougle C, Baer L, Boyarsky B, Leckman J, Price L. Obsessive-compulsive disorder with and without a chronic tic disorder: a comparison of symptoms in 70 patients. **British J Psychiatry** 1994; 164:469-473.

5. Holzer JC, Gansler D, Moczynski N, Folstein M. Cognitive functions in the informed-consent evaluation process: a pilot study. **J Am Acad Psychiatry Law** 1997; 25(4):531-40.

6. Candilis PJ, Foti ME, Holzer JC. End-of-life care and mental illness: a model for community psychiatry and beyond. **Community Mental Health Journal** 2004; 40(1):3-16.

7. Candilis P, Arikan R, Noone S, Holzer J. The new research ethic: will oversight requirements sink forensic research? **J Am Acad Psychiatry Law** 33:361-7, 2005

Reviews, Chapters, and Editorials

Textbook Reviews:

1. Holzer JC. Therapy of Parkinson's Disease, Koller WC, Paulson G. **Yale J Biology Med** 1990; 63(6).

2. Holzer JC. Brain Imaging: Applications in Psychiatry, Andreasen NC. **Yale J Biology Med** 1991; 64(2).

3. Holzer JC. Scizophrenia from a Neurocognitive Perspective: Probing the Impenetrable Darkness, Green MF. **Psychiatric Services** 1999; 50(12).

4. Holzer JC. Frontal-Subcortical Circuits in Psychiatric and Neurological Disorders, Lichter DG, Cummings JL. **Psychiatric Services** 2002; 53(9).

Textbook Chapters:

1. Holzer JC, Bear D. Psychiatric considerations in patients with epilepsy. In: Schachter S, Schomer D, editors. The Comprehensive Evaluation and Treatment of Epilepsy: A Practical Guide. San Diego: Academic Press; 1997. p. 131-147.

2. Holzer J. Ch.5 Decision trees and clinical algorithms. In: Stern TA. The Ten-Minute Guide to Psychiatric Diagnosis and Treatment. New York: Professional Publishing Group Ltd.; 2005. p 43-52.

3. Holzer J. Ch.6 DSM-IV diagnoses. In: Stern TA. The Ten-Minute Guide to Psychiatric Diagnosis and Treatment. New York: Professional Publishing Group Ltd.; 2005. p 53-64.

Clinical Communications

1. Holzer JC, Bear D. Crime and brain damage. **Psychiatric News** 10/2/92; 20-22.

2. Holzer JC, Bear D. History lesson. **Psychiatric Times** 1/94; 8.

3. Holzer JC, Bear D. Epilepsy and weeping. **Arch Neurology** 1994; 51:973-74.

4. Holzer JC. Neuroimaging. **Psychiatric News** 11/18/94; 19.

5. Holzer JC, Gitelman D, Price B. Efficacy of buspirone in the treatment of dementia with aggression. **Am J Psychiatry** 1995; 152(5):812.

6. Holzer JC, Gansler D, Folstein S, Folstein M. Executive cognitive functions in informed consent evaluations. **J Neuropsychiatry Clinical Neurosciences** 1995; 7(3):428.

7. Holzer JC, Bear D. Epilepsy and psychosis. **The Harvard Mental Health Letter** 1996; 9(12):5-6.

8. Holzer JC. Buspirone and brain injury. **J Neuropsychiatry Clinical Neurosciences** 1998; 10(1):113.

9. Abel L, Iqbal K, Holzer JC. Paroxetine and amotivational syndrome. **Brain Injury** 1998; 12(8):721-22.

10. Holzer JC. Psychiatry, neurology combo raises philosophical questions. **Clinical Psychiatry News** 7/00; 13.

11. Foti ME, Candilis P, Holzer JC. Improving capacity assessments. **Psychiatric Services** 2001; 52(5):690.

12. Holzer JC, Jenike MA. Augmentation strategies for difficult to treat obsessive-compulsive disorder. **OCD Newsletter** 2002; 16(6):3,15.

13. Holzer JC, Fozdar M, Candilis P, Glancy GD. Cognitive augmentation in forensic psychiatry. **AAPL Newsletter** Sept 2005, Vol. 30, No. 3, 16-17.

Thesis

1. Holzer J, Jenkins CD. Type A behavior patterns: association of behavior and personality to coronary artery disease [senior thesis]. Boston, MA: Boston University, 1981.

Non-print Material, Media

1. Holzer JC. The signs of mental impairment: impact on financial decision-making. CNBC Business Radio WADN 1120 AM, Boston, MA., 4/29/98.

2. Holzer JC. Psychological and psychiatric issues related to financial decision-making. WXKS 1430 AM Radio, Boston, MA., 9/14/98.

3.  Holzer JC. Assessment of financial decision-making capacity. WBIX Business Radio 1060AM, Framingham, MA., Sat 4/30/05.

Abstracts

Posters:

1.  Holzer JC, Boyarsky B, McDougle C, Lee N, Price L, Goodman W. Differential symptoms in OCD with and without a tic disorder. Am College Neuropsychopharmacology 1990 annual meeting, San Juan, Puerto Rico.

2.  Holzer JC, Price L, McDougle C, Boyarsky B, Goodman W. Symptoms in OCD with and without a tic disorder. Am Psychiatric Assoc 1991 annual meeting, New Orleans, LA.

3.  McDougle C, Goodman W, Price L, Holzer JC, McCance-Katz E, Heninger G. Buspirone addition in fluvoxamine-refractory OCD. Am Psychiatric Assoc 1991 annual meeting, New Orleans, LA.

4.  Holzer JC, Price L, McDougle C, Boyarsky B, Goodman W. Symptoms in OCD with and without a tic disorder. Second International Scientific Symposium on Tourettes Syndrome, 1991, Boston, MA.

5.  Holzer JC, Gansler D, Folstein S, Folstein M. Executive cognitive functions in informed consent evaluations. 1995 Am Acad Psychiatry and Law annual meeting, Seattle, WA.

6.  Holzer JC, Gansler D, Folstein S, Folstein M. Executive cognitive functions in informed consent evaluations. Am Neuropsychiatric Assoc 1995 annual meeting, Pittsburgh, PA.

7.  Holzer JC, Candilis P, Kugelmann K, Foti ME. Mild head injury and litigation. Am Acad Psychiatry and Law 2001 annual meeting, Boston, MA.

8.  Holzer JC, Candilis P. Trends in terrorism and political violence. Am Acad Psychiatry and Law 2003 annual meeting, San Antonio, TX.

9.  Holzer JC, Candilis P, Fozdar M, Glancy G. Cognitive augmentation in forensic psychiatry. Am Acad Psychiatry and Law 2004 annual meeting, Scottsdale, Arizona.

10. Holzer JC, Fozdar M. Understanding mild TBI in the legal context. Am Acad Psychiatry and Law 2005 annual meeting, Montreal, PQ, Canada.

11. Fozdar MA, Saleh F, Holzer JC. Sexually offensive behavior after brain injury. Am Acad Psychiatry and Law 2005 annual meeting, Montreal, PQ, Canada.