UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                          Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

## MOTION TO EXTEND TIME FOR FILING
## PSYCHIATRIC REPORT

Now comes the defendant, Guillermo Vasco, and moves that the time for the report by the psychiatrist be completed be extended from the end of June until July 7, 2006. As reason therefore, the defendant states that Dr. Holtzer has reviewed the documents in this case, and interviewed the defendant. However, due to the vast number of documents and the complexity of the matter, the completion of the report will require an additional week, until July 7, 2006.

WHEREFORE, the defendant requests that the Court extend the time for filing the psychiatric report until July 7, 2006.

Respectfully Submitted,
By his Court-Appointed Attorney,

 /s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd.
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

June 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

      /s/ Melvin Norris
MELVIN NORRIS