UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                            Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

**MOTION FOR TRANSCRIPTS AT
GOVERNMENT EXPENSE**

Now comes the defendant, Guillermo Vasco, and moves that he be provided transcripts of certain proceedings at government expense. The transcripts requested are reflected in docket entries 214 and 215, the plea and disposition hearings, for Kevin A. Perry in the case of United States v. Perry, 02-cr-40030-NMG. As reason therefore, the defendant states that Mr. Perry was the informant who set up the alleged transaction which underpins the indictment against Mr. Vasco. The defendant intends to call Mr. Perry as a witness, and therefore requires these transcripts to prepare for his examination at trial. The interests of justice dictate that this motion be allowed.

WHEREFORE, the defendant requests that the Court order that transcripts of those two hearings be provided at government expense.

Respectfully Submitted,
By his Court-Appointed Attorney,

 /s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd.
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

October 10, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

      /s/ Melvin Norris
MELVIN NORRIS