UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

**MOTION FOR WRIT OF HABEAS CORPUS
TO SECURE PRESENCE OF A WITNESS FOR THE DEFENDANT**

Now comes the defendant, Guillermo Vasco, by court appointed counsel, and requests this Honorable Court to issue a writ of Habeas Corpus for Kevin A. Perry, Jr.. As reason therefor, the defendant states the following:

1. The witness, Kevin A. Perry, Jr., was the informant who cooperated and provided information to the government which was the basis of the current indictment.

2. The witness set up the alleged transaction which Mr. Vasco is accused of participating in.

3. The witness is expected to provide substantially exculpatory evidence for the defendant.

4. The witness was a defendant in another case (United States v. Perry et al., 02-cr-40030-NMG), has plead guilty and been sentenced by a federal court.

5. The witness, Kevin A. Perry, Jr., is currently in the custody of the Bureau of Prisons and/or the United States Marshal Service, and is currently being held at FCI Bennettsville, at 696 Muckerma Road, Bennettsville, SC, 29512.

6. The defendant requests that this witness be brought in during his trial to testify either on his behalf or as a hostile witness.

7. The interests of justice require the issuance of this writ of Habeas Corpus.

WHEREFORE, for the reasons set forth above, the defendant requests that this Court issue a writ of Habeas Corpus for Kevin A. Perry, Jr. to appear and testify at the trial of Mr. Vasco.

        Respectfully Submitted,
        By his Court-Appointed Attorney,

        /s/ MELVIN NORRIS
        Melvin Norris
        260 Boston Post Rd.
        Wayland, MA. 01778
        Tel. 508 358 3305
        BBO # 373900

October 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

        /s/ Melvin Norris
        MELVIN NORRIS