UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: FCI -Bennettsville
    696 Muckerma Road
    Bennettsville, SC 29512

YOU ARE COMMANDED to have the body of   Kevin A Perry, Jr  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   9  , on the   3rd   floor, Boston, Massachusetts on  Week of 11/6/06  , at  9:00am 

for the purpose of   Testifying at a criminal trial 

in the case of   UNITED STATES OF AMERICA V.   Guillermo F. Vasco 

CR Number   05-10164-GAO 

And you are to retain the body of said   Kevin A. Perry, Jr. 

while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   Kevin A. Perry, Jr.   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   11   day of   October, 2006 

/s/ George A. O'Toole, Jr
UNITED STATES DISTRICT JUDGE

                    SARAH A. THORNTON
                    CLERK OF COURT
        SEAL
                    By:  Paul Lyness 
                        Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)