## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:    Worcester County House of Corrections
5 Paul X. Tivnan Drive
West Boylston, MA 01583

YOU ARE COMMANDED to have the body of  __GUILLERMO FREDERICO VASCO__  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __9__, on the __3RD__ floor, Boston, Massachusetts on __OCTOBER 26, 2006__, at __2:30__

for the purpose of  __FINAL PRE TRIAL CONFERENCE__

in the case of    UNITED STATES OF AMERICA V.  __GUILLERMO FREDERICO VASCO__

CR Number    __05-10164-GAO__

And you are to retain the body of said  __GUILLERMO FREDERICO VASCO__  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __GUILLERMO FREDERICO VASCO__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this   __18__   day of   __OCTOBER, 2006__                              .


 /s/ George A. O'Toole, Jr
UNITED STATES DISTRICT JUDGE

                                                        SARAH A. THORNTON
                                                        CLERK OF COURT
            SEAL

                                                        By: __Paul Lyness__
                                                            Deputy Clerk


(Habeas Writ.wpd - 3/7/2005)