```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
         v.                   )
                              )    CRIMINAL NO. 05-10164-GAO
GUILLERMO FREDERICO VASCO     )
```

                            WITNESS LIST

The United States respectfully submits the following list of witnesses for trial in the above-referenced matter:

```
    Group Supervisor Kenneth J. Croke
    Bureau of Alcohol, Tobacco, Firearms
      and Explosives
    10 Causeway Street
    Boston, MA

    Special Agent Michael Curran
    Bureau of Alcohol, Tobacco, Firearms
      and Explosives
    120 Front Street, 6th Floor
    Worcester, MA

    Special Agent Michael Grasso
    Bureau of Alcohol, Tobacco, Firearms
      and Explosives
    68 Marginal Way, 3rd Floor
    Portland, ME

    Gabriel Hadad
    Cambridge, MA

    Special Agent Paul J. McNeil
    Bureau of Alcohol, Tobacco, Firearms
      and Explosives
    68 Marginal Way, 3rd Floor
    Portland, ME

    Special Agent Matthew O'Shaughnessy
    Bureau of Alcohol, Tobacco, Firearms
      and Explosives
    10 Causeway Street
    Boston, MA
```

Special Agent Stephanie Schafer
Bureau of Alcohol, Tobacco, Firearms
  and Explosives
10 Causeway Street
Boston, MA

Investigator Jason Steiner
Essex County Sheriff's Department
20 Manning Ave.
Middleton, MA

Dr. Tricia Vasco
Peabody, MA

The United States makes no representations that it intends to call each and every witness listed above. Unless arrangements are made with either of the undersigned attorneys before trial, the defendant must subpoena any witness listed above or otherwise seek process compelling that person's attendance at trial. This list does not include witnesses that the United States may determine are necessary for rebuttal. The United States reserves its right to amend its witness list before the commencement of trial. The United States will notify counsel immediately if any such additions or amendments are made.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/ Sandra S. Bower
    SANDRA S. BOWER
    RACHEL HERSHFANG
    Assistant U.S. Attorneys
    1 Courthouse Way, Suite 9200
    Boston, MA 02210

617-748-3184


Certificate of Service

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 30, 2006.

/s/ Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney