UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Crim. No. 05-10164-GAO |
| | ) | |
| GUILLERMO FREDERICO VASCO, | ) | |
| Defendant. | ) | |

## **UNITED STATES' EXHIBIT LIST**

| NO. | DESCRIPTION | ID'd | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Identifying information about Tricia Vasco and family, diagram of residence at 14 Ruth Ave., Peabody, MA , sent to ATF Agent Curran on 4/1/05. | | | |
| 2 | Letter to "Kevin" from defendant, dated 3/8/05. | | | |
| 2A | Translation of 3/8/05 letter to "Kevin." | | | |
| 3 | UC name and mailing address found in defendant's cell. | | | |
| 4 | Letter from defendant to "Mike Scaccia" received by ATF 4/7/05. | | | |
| 5 | Letter from defendant to "Mike Scaccia" postmarked 4/29/05. | | | |
| 6 | Staged murder photo of Tricia Vasco. | | | |
| 7 | Staged murder photo of Tricia Vasco. | | | |
| 8 | Staged murder photo of Tricia Vasco. | | | |
| 9 | DVD of 4/26/05 meeting of defendant and UC. | | | |
| 10 | Composite DVD of excerpts from 4/26/05 meeting of defendant and UC. | | | |
| 10A | Transcript of excerpts from 4/26/05 meeting. | | | |
| 11 | Photo of Tricia Vasco provided to UC by defendant (wedding). | | | |
| 12 | Photo of Tricia Vasco provided to UC by defendant (cutout). | | | |
| 13 | Photo of residence at 14 Ruth Ave., Peabody, MA shown to defendant by UC. | | | |

| NO. | DESCRIPTION | ID'd | OFFERED | ADMITTED |
|---|---|---|---|---|
| 14 | Photo of silver VW Passat shown to defendant by UC. | | | |
| 15 | Photo of residence at 14 Ruth Ave., Peabody, MA, shown to defendant by UC. | | | |
| 16 | Photo of residence at 14 Ruth Ave., Peabody, MA, shown to defendant by UC. | | | |
| 17 | Telephone call between UC and defendant on 4/28/05. | | | |
| 17A | Transcript of 4/28/05 telephone call between UC and defendant. | | | |
| 18 | Telephone call between UC and defendant on 4/29/05. | | | |
| 18A | Transcript of 4/29/05 call between UC and defendant. | | | |
| 19 | Telephone call between UC and defendant on 5/16/05. | | | |
| 19A | Transcript of 5/16/05 call between UC and defendant. | | | |
| 20 | DVD of 5/17/05 meeting of UC and defendant. | | | |
| 21 | DVD of excerpts of 5/17/05 meeting of UC and defendant. | | | |
| 21A | Transcript of excerpts of 5/17/05 meeting of UC and defendant. | | | |
| 22 | Note defendant gave UC to use in calling mother. | | | |
| 22A | Translation of note. | | | |
| 23 | Photo of defendant's mother provided by defendant to UC. | | | |
| 24 | Telephone call between S/A Schafer and Attorney McAlary on 4/28/05. | | | |
| 24A | Transcript of telephone call between S/A Schafer and Attorney McAlary on 4/28/05. | | | |
| 25 | Money collection-coins. | | | |
| 26 | Money collection-paper | | | |
| | | | | |

| NO. | DESCRIPTION | ID'd | OFFERED | ADMITTED |
|---|---|---|---|---|
| 27 | Telephone call between S/A Schafer and Attorney McAlary on 5/3/05. | | | |
| 27A | Transcript of telephone call between S/A Schafer and Attorney Mcalary on 5/3/05. | | | |
| 28 | Copy of $200 check to "Stephany Bears" from Attorney McAlary, dated 5/3/05. | | | |
| B | Plastic box of items from defendant's cell . | | | |
| 29 | Newspaper clippings from defendant's jail cell. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By:   /s/ Sandra S. Bower
        SANDRA S. BOWER
        RACHEL HERSHFANG
        Assistant U.S. Attorneys
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 30 2006.

                                              /s/ Sandra S. Bower
                                              SANDRA S. BOWER
                                              Assistant U.S. Attorney