IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) CRIMINAL NO. 05-10164-GAO
GUILLERMO FREDERICO VASCO )

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney

("AUSA") and hereby gives notice of her appearance as government

co-counsel in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant United States Attorney

October 30, 2006

Certificate of Service

I hereby certify that this document filed through the ECF system will be
sent electronically to the registered participants as identified on the Notice
of Electronic Filing (NEF) and mailed to all those not participating in ECF.

/s/ Rachel E. Hershfang
Rachel E. Hershfang