UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                    Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

## DEFENDANT'S WITNESS LIST

The defendant hereby states that the following persons may be called as witnesses on his behalf:

1. Fred B. McAlary, Jr., Esq., of Andover, MA;

2. Kevin Perry, currently the subject of a Writ of Habeas Corpus by this Court;

3. The defendant may testify on his own behalf.

The defendant reserves the right to call such other witnesses as necessary for rebuttal or other purposes.

                                                    Respectfully submitted,
                                                    Guillermo Vasco
                                                    By his attorney,

Dated: November 1, 2006                     /s/ Melvin Norris

                                                    Melvin Norris
                                                    260 Boston Post Road, Suite 9
                                                     Wayland, MA 01778
                                                     (508) 358-3305
                                                     BBO# 373900

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

      /s/ Melvin Norris
      MELVIN NORRIS