**SUBMITTED UNDER SEAL: PLEASE DO NOT SCAN**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-10164-GAO |
| | ) | |
| | ) | |
| GUILLERMO FREDERICO VASCO | ) | |
| | ) | |

**UNITED STATES' MOTION TO SEAL**

The United States respectfully requests the Court to seal the government's *ex parte*

motion for a protective order, this motion, the Court's Order, and any related paperwork, and as

grounds for this request states that the motion contains sensitive information relating to a

government witness. Additionally, it is the purpose of the motion for a protective order to

preclude the disclosure of the information.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  *Sandra S. Bower*
SANDRA S. BOWER
RACHEL E. HERSHFANG
Assistant U.S. Attorneys
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184