UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

### NOTICE OF WAIVER OF ATTORNEY-CLIENT PRIVILEGE

The defendant hereby provides notice that he is waiving the attorney-client privilege between he and Attorney Fred McAlary, Jr. for purposes of trial testimony in the above case.

_____
Guillermo F. Vasco

October 28, 2006  G.V.

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHSETTS

U.S.A.

V.

GUILLERMO F. VASCO

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 05-10164 GAO

TO: Fred B. MCAlary
10 Main Street
Andover, MA.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court Boston | #9 |
| | DATE AND TIME |
| | 11/7, 2006 |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All documents relating to Guillermo F. Vasco

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
(By) Deputy Clerk

DATE
10/26/06

ATTORNEY'S NAME AND ADDRESS AND PHONE NUMBER:

Melvin Norris
260 Bostob Post [Rd?], [Way]land, MA.    508 358 3305

51

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

Service Accepted  10/25/06

[signature]