UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

## DEFENDANT'S EXHIBIT LIST

The defendant hereby states that the following exhibits may be introduced by him during the presentation of his case or in rebuttal to the testimony of government witnesses:

1.      Kevin Perry's letters to Guillermo Vasco dated December 25, 2004 and an undated one;

2.      Kevin Perry's Plea Agreement;

3.      Kevin Perry's 5K downward departure Motion to be provided to counsel by the government;

4.      Divorce Agreement in the case of Vasco v. Vasco.

5.      The Judgment in Kevin Perry's case.

6.      Administrative Segregation forms regarding Guillermo Vasco dated March 18, 2005 and March 24, 2005.

7.      Miscellaneous letters from Kevin Perry to AUSA Rachel Hershfang and Probation.

8.      Disciplinary report from Essex County Sheriff's Office dated 5/17/05.

The defendant reserves the right to introduce  such other exhibits as necessary for rebuttal or other

purposes.

Respectfully submitted,
Guillermo Vasco
By his attorney,

Dated:  November 3, 2006                    /s/ Melvin Norris

_____

Melvin Norris
260 Boston Post Road, Suite 9
Wayland, MA 01778
(508) 358-3305
BBO# 373900

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be

sent electronically to the registered participants as identified on the Notice of Electronic Filing

and paper copies will be sent this date to those indicated as non-registered participants.

_____/s/ Melvin Norris
MELVIN NORRIS