# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  Worcester County House of Correction
5 Paul X. Tivnan Drive
West Boylston, MA 01583

YOU ARE COMMANDED to have the body of __GUILLERMO FREDERICO VASCO__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __9__, on the __3RD__ floor, Boston, Massachusetts on __NOVEMBER 13, 2006 AND FOR THE ENTIRE WEEK__, at __9:00AM__ for the purpose of __CRIMINAL JURY TRIAL__ in the case of UNITED STATES OF AMERICA V. __GUILLERMO FREDERICO VASCO__

CR Number __05-10164-GAO__

And you are to retain the body of said __GUILLERMO FREDERICO VASCO__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __GUILLERMO FREDERICO VASCO__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __6__ day of __NOVEMBER, 2006__.


/s/ George A. O'Toole, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: __Paul Lyness__
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)