UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 05-10164-GAO

UNITED STATES OF AMERICA

v.

GUILLERMO FREDERICO VASCO

VERDICT

O'TOOLE, D.J.

### Count One

As to Count One charging the defendant with use of interstate commerce facilities in the commission of murder-for-hire in violation of 18 U.S.C. §§ 1958 and 2, we, the jury, find the defendant, Guillermo Frederico Vasco:

_____ NOT GUILTY          \_\_\_V\_\_\_ GUILTY

### Count Two

As to Count Two charging the defendant with use of interstate commerce facilities in the commission of murder-for-hire in violation of 18 U.S.C. §§ 1958 and 2, we, the jury, find the defendant, Guillermo Frederico Vasco:

_____ NOT GUILTY          \_\_\_V\_\_\_ GUILTY

**Count Three**

As to Count Three charging the defendant with use of interstate commerce facilities in the commission of murder-for-hire in violation of 18 U.S.C. §§ 1958 and 2, we, the jury, find the defendant, Guillermo Frederico Vasco:

_____    NOT GUILTY                 _____    GUILTY

**Count Four**

As to Count Four charging the defendant with use of interstate commerce facilities in the commission of murder-for-hire in violation of 18 U.S.C. §§ 1958 and 2, we, the jury, find the defendant, Guillermo Frederico Vasco:

_____    NOT GUILTY                 _____    GUILTY

**Count Five**

As to Count Five charging the defendant with use of interstate commerce facilities in the commission of murder-for-hire in violation of 18 U.S.C. §§ 1958 and 2, we, the jury, find the defendant, Guillermo Frederico Vasco:

_____    NOT GUILTY                 _____    GUILTY

The foregoing represents the unanimous decision of the jury.

\_\_\_11/15/06\_\_\_
DATE

FOREMAN