AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

United States District Court          DISTRICT OF     Massachusetts

USA

V.

Guillermo Vasco

**EXHIBIT AND WITNESS LIST**

Case Number:   05-CR-10164

| PRESIDING JUDGE O'Toole | | | PLAINTIFF'S ATTORNEY Bower, Hershafang | | DEFENDANT'S ATTORNEY Norris, Farrell |
|---|---|---|---|---|---|
| TRIAL DATE (S) 11/6/2006 - | | | COURT REPORTER Shelly Killian | | COURTROOM DEPUTY Paul Lyness |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| W | | | | | ATF Agent Michael Curran (government witness) |
| 2 | | 11/7/06 | X | 11/7/06 | Letter from Vasco (in spanish) |
| 2A | | 11/7/06 | X | 11/7/06 | Translated Letter from Vasco |
| 1 | | 11/7/06 | X | 11/7/06 | Letter from Kevin Perry |
| 3 | | 11/7/06 | X | 11/7/06 | Two pieces of paper with name and addresses of Scaccia and Perry |
| | | | | | Tricia Vasco- Govt Witness |
| 4 | | 11/7/06 | X | 11/7/06 | Letter with envelope for handwriting |
| 5 | | 11/7/06 | X | 11/7/06 | Letter with envelope for handwriting |
| 6 | | 11/7/06 | X | 11/8/06 | Photo of witness dead |
| 7 | | 11/7/06 | X | 11/8/06 | Photo of witness dead |
| 8 | | 11/7/06 | X | 11/8/06 | Photo of witness dead |
| | 1 | 11/7/06 | X | 11/7/06 | Separation Agreement 3/4/2005 |
| | | | | | Kenneth Croke-Govt Witness |
| 9 | | 11/7/06 | X | 11/7/06 | Downloaded to DVD of meeting between witness and defendant |
| 10 | | 11/7/06 | X | 11/7/06 | Segments from meeting |
| 10a | | 11/7/06 | X | 11/7/06 | Excerpts of Recording |
| 11 | | 11/8/06 | X | 11/8/06 | Photo of defendant's wife |
| 12 | | 11/8/06 | X | 11/8/06 | Photo of defendant's wife |
| 13 | | 11/8/06 | X | 11/8/06 | Photos of Residence |
| 14 | | 11/8/06 | X | 11/8/06 | Photo of silver car |
| 15 | | 11/8/06 | X | 11/8/06 | Photo of residence |
| 16 | | 11/8/06 | x | 11/8/06 | Photo of residence |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | vs. | GUILLERMO FREDERICO VASCO | | CASE NO. 05-10164-GAO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17 | | 11/8/06 | X | 11/8/06 | Telephone conversation of 4/28/05 between deft. And UC |
| 17a | | 11/8/06 | X | | Transcript of telephone conversation |
| 18 | | 11/8/06 | X | 11/8/06 | Telephone conversation of 4/29/05 between deft. And UC |
| 18a | | 11/8/06 | X | | Transcript of phone conversation |
| 19 | | 11/8/06 | X | 11/8/06 | Telephone conversation of 5/16/05 between deft. And UC |
| 19a | | 11/8/06 | X | | Transcript of phone conversation |
| 20 | | 11/8/06 | X | 11/8/06 | DVD of 5/17/05 meeting |
| 21 | | 11/8/06 | X | 11/8/06 | DVD of excerpts |
| 21a | | 11/8/06 | X | | Transcript of excerpts of 5/17/05 meeting. |
| 23 | | 11/8/06 | X | 11/8/06 | Picture of deft's mother |
| 22 | | 11/8/06 | X | 11/8/06 | Note from deft. |
| 22a | | 11/8/06 | X | 11/8/06 | Translation of note |
| | | | | | Michael Grasso- Gov't Witness |
| 4 | | 11/8/06 | X | 11/13/06 | Letter picked up on 4/7/05 (Admitted by witness O'Shaughnessy) |
| 5 | | 11/8/06 | X | 11/13/06 | Letter picked up in 5/05 ( Admitted by witness O'Shaughnessy) |
| | | | | | Gov't Witness- Matthew O'Shaughnessy |
| 25 | | 11/13/06 | X | 11/13/06 | Items picked up by agent Shafer ( admitted by witness Shafer) |
| 26 | | 11/13/06 | X | 11/13/06 | Items picked up by agent Shafer ( admitted by witness Shafer) |
| B | | 11/13/06 | X | | Box from Jason Steiner |
| 3 | | 11/13/06 | X | 11/14/06 | Sheets of paper( Admitted by witness Steiner) |
| 29 | | 11/13/06 | X | 11/14/06 | newspaper clippings( Admitted by witness Steiner) |
| | | | | | Gov't witness- Stephanie Shafer |
| 24 | | 11/13/06 | X | 11/13/06 | CD of phone call |
| 24a | | 11/13/06 | X | | Transcript of phone call |
| 27 | | 11/13/06 | X | 11/13/06 | CD of phone call OF 5/3 |
| 27a | | 11/13/06 | X | | Transcript of phone call |
| 28 | | 11/13/06 | X | 11/13/06 | Copy of check to witness Shafer |

Page _____ of _____ Pages

☙AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| U.S.A. | | | | vs. | GUILLERMO FREDERICO VASCO | CASE NO. 05-10164-GAO |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Gov't witness- Jason Steiner |
| | 2a | 11/14/06 | X | 11/14/06 | Administrative segregation document |
| | 2b | 11/14/06 | X | 11/14/06 | Administrative segregation document |
| | | | | | Defendant witness- Kevin Perry |
| | 3 | 11/14/06 | X | 11/14/06 | Plea Agreement |
| | 4 | 11/14/06 | X | 11/14/06 | Judgment of witness Perry |
| | 5 | 11/14/06 | X | 11/14/06 | Letter 12/25/05 |
| | 6 | 11/14/06 | X | 11/14/06 | Undated letter |
| | | | | | Deft witness- Fred Mcalary |

Page _____ of _____ Pages

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CD #X 1
1:05 pm
11/15/06

_____,  )    Civil No. _____
         Plaintiff(s)      )
                           )
Vs.                        )    Criminal No. _____
                           )
_____,  )
         Defendant(s)      )
                           )

NOTE FROM THE JURY

YOUR HONOR,

Jury would like enlarged letter from Vasco displayed on easel and additional copies of this form. Thank you

DATED at Boston on  11/15/06

TIME: 1:50 pm                    _____
                                 Signature of Foreperson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____, )      Civil No. _____
         Plaintiff(s)     )
                          )
    Vs.                   )      Criminal No. _____
                          )
                          )
_____, )
         Defendant(s)     )
                          )
_____  )

NOTE FROM THE JURY

YOUR HONOR,

Should we be considering outside human influences such as Kevin Perry, when trying to determine whether or not it was the defendants intents on the murder of his wife

DATED at Boston on  11/15/06

TIME: 3:30 p.m

_____
Signature of Foreperson