UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                                                           Cr. No. 05-10164-GAO

GUILLERMO VASCO

_____

## DEFENDANT'S MOTION FOR TRANSCRIPTS
## OF HIS TRIAL AT GOVERNMENT EXPENSE

The defendant moves that he be provided transcripts of his trial at Government expense. The dates of the trial are as follows: 11/07/06, 11/08/06, 11/13/06, 11/14/06 and 11/15/06. The Court reporter was Shelly Killian. As reason therefore, the defendant states that the transcripts are necessary to properly prepare for sentencing and appeal in this matter, and for his pending matter in the Essex Superior Court.

The defendant has been determined to be indigent by this Court.

Respectfully Submitted,

/s/ MELVIN NORRIS
_____
Melvin Norris   (MA BBO# 393700)
Suite 9, 260 Boston Post Road
Wayland, Massachusetts 01778
(508) 358-3305

Dated: December 20, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

      /s/ Melvin Norris
MELVIN NORRIS