UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

### DEFENDANT'S MOTION TO EXTEND DATE FOR FILING OBJECTIONS TO PRESENTENCE REPORT AND TO EXTEND OTHER SENTENCING DATES

Now comes the defendant, Guillermo Vasco, and respectfully requests that this Court extend the time for submitting his objections to the Presentence report from February 1, 2007 to February 9, 2007, move the date for filing Motions for Downward Departure from February 14, 2007 to February 21, 2007, and move the date for sentencing from February 21, 2007 to March 1, 2007.

As reason therefore, the defendant states that the sentencing issues presented in this case are of unusual complexity, and counsel requires additional time to prepare the objections and other pleadings in the matter.

The government has no objection to this Motion.

Respectfully Submitted,
by his attorney,

Date:  January 29, 2007      /s/ Melvin Norris
Melvin Norris
260 Boston Post Road, Suite 9
Wayland, MA 01778
(508) 358-3305
MA BBO# 373900

CERTIFICATE OF SERVICE

I, Melvin Norris, hereby certify that I served a true copy of the foregoing document upon the Office of the United States Attorney and all counsel of record in hand on this date:

/s/ Melvin Norris

MELVIN NORRIS