UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  Worcester County House of Correction
        5 Paul X. Tivnan Drive
        West Boylston, MA 01583

YOU ARE COMMANDED to have the body of   GUILLERMO FREDERICO VASCO   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   9  , on the   3RD   floor, Boston, Massachusetts on  MARCH 8, 2007 , at  2:00PM

for the purpose of   SENTENCING

in the case of   UNITED STATES OF AMERICA V.   GUILLERMO FREDERICO VASCO

CR Number  05-10164-GAO

And you are to retain the body of said  GUILLERMO FREDERICO VASCO  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  GUILLERMO FREDERICO VASCO  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   27   day of  FEBRUARY, 2007 .


/s/ George A. O'Toole, Jr
_____
UNITED STATES DISTRICT JUDGE

                                SARAH A. THORNTON
                                CLERK OF COURT

        SEAL

                                By:   PAUL S. LYNESS
                                      Deputy Clerk


(Habeas Writ.wpd - 3/7/2005)