UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

NOTICE OF APPEAL

Notice is hereby given, pursuant to F.R.App.Pro.3 and 4 that GUILLERMO VASCO, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the following orders and judgment of the District Court:

1. Evidentiary Rulings made during the course of Trial;

2. Denial of the Defendants Motion for Directed Verdict;

3. The refusal of the Court to give a jury instruction on the issue of entrapment;

4. The defendant's conviction; and

5. The defendant's sentence.

By his counsel,

Dated: March 14, 2007   /s/ Melvin Norris

Melvin Norris
BBO# 393600
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing document was served upon the Office of United States Attorney by electronic filing on this date.

                                                     /s/ Melvin Norris  
                                                     Melvin Norris