### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

                USDC Docket Number :  05cr10164-GAO

UNITED  STATES  OF  AMERICA

v.

GUILLERMO  FREDERICO  VASCO

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 5-73

and contained in Volume(s)   1 are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  March 14, 2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2007.

                Sarah A Thornton, Clerk of Court

                By: /s/
                Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:    _____

- 3/06

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number :  05cr10164-GAO

UNITED  STATES  OF  AMERICA

v.

GUILLERMO  FREDERICO  VASCO

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 5-73

and contained in Volume(s)   1 are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  March 14, 2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2007.

Sarah A Thornton, Clerk of Court

By: /s/
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

CM/ECF - USDC Massachusetts - Linux Version 2.5 - Docket Report  Page 1 of 15
Case 1:05-cr-10164-GAO  Document 74-2  Filed 03/30/2007  Page 1 of 13

APPEAL, INTERP, VICTIM

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10164-GAO-ALL

| | |
|---|---|
| Case title: USA v. Vasco | Date Filed: 06/29/2005 |
| Magistrate judge case number: 1:05-mj-00006-LTS | |

Assigned to: Judge George A. O'Toole, Jr
Referred to: Magistrate Judge Leo T. Sorokin

**Defendant**

**Guillermo Frederico Vasco** (1)
*TERMINATED: 03/09/2007*

represented by **Melvin Norris**
Mel Norris
260 Boston Post Road
Suite 9
Wayland, MA 01778
508-358-3305
Fax: 508-358-7787
Email: attorney.norris@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:1958 Use of Interstate Commerce Facilities in the Commission of Murder-For-Hire
(1s-5s)

**Disposition**

240 months imprisonment. 120 months on each of counts 1s-4s to run concurrently with each other and 120 months on Count 5s to run consecutively to the 120 months imposed on counts 1s-4s. The court recommends to the Bureau of Prisons that the defendant participate in the 500 Hour Residential Drug Abuse Program. 2 years on each of counts 1s-5s to run concurrently with each other. Deft. shall not possess a firearm; Defendant shall cooperate in collection of DNA; The defendant is not to consume any alcoholic beverages; the defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party

payment; The defendant shall use his true name and is prohibited from the use of any false identifying information which includes, but is not limited to, any aliases, false dates of birth, false social security numbers, and incorrect places of birth. Defendant is assessed $500.00. Fine is waived.

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1958...Use of interstate commerce facilities in the commission of Murder-For-Hire (1-4) | |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| 18:1958-7471.F-RACKETEERING-MURDER | |

### Notice

**Pretrial Services**
*TERMINATED: 03/09/2007*

---

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Sandra S. Bower**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3184<br>Fax: 617-748-3965<br>Email: Sandra.Bower@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachel E. Hershfang**<br>United States Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210 |

617-748-3100
Fax: 617-748-3358
Email: rachel.hershfang@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2005 | 1 | COMPLAINT as to Guillermo Frederico Vasco (1). (Simeone, Maria) Additional attachment(s) added on 6/9/2005 (Simeone, Maria). [1:05-mj-00006-LTS] (Entered: 06/06/2005) |
| 06/07/2005 | 2 | Application for Writ of Habeas Corpus ad Prosequendum as to Guillermo Frederico Vasco (Simeone, Maria) [1:05-mj-00006-LTS] (Entered: 06/07/2005) |
| 06/07/2005 |  | Attorney update in case as to Guillermo Frederico Vasco. Attorney Sandra S. Bower for USA added. Attorney James F. Lang terminated. (Simeone, Maria) [1:05-mj-00006-LTS] (Entered: 06/07/2005) |
| 06/07/2005 | 3 | Writ of Habeas Corpus ad Prosequendum Issued as to Guillermo Frederico Vasco for June 9th at 10:00am before Magistrate Judge Sorokin for an initial appearance. (Simeone, Maria) [1:05-mj-00006-LTS] (Entered: 06/07/2005) |
| 06/07/2005 |  | An Initial Appearance has been set for 6/9/2005 10:00 AM in Courtroom 14 before Magistrate Judge Leo T. Sorokin as to Guillermo Frederico Vasco. (Simeone, Maria) [1:05-mj-00006-LTS] (Entered: 06/07/2005) |
| 06/09/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Initial Appearance as to Guillermo Frederico Vasco held on 6/9/2005; Atty Bower for Govt; Atty Norris for deft; Case called; court addresses deft as to charges and rights; deft request interpreter; Court takes short recess and provides G.Hadad as Sp Interp. for deft; Interpreter sworn; court resumes; court then addresses deft as to charges and rights; govt moves for detainer from State court and detention pending release from the state; allowed; the detention hearing is deferred until release from state court; Marshals are ordered to place a detainer on this deft; A Preliminary Examination has been set for 6/13/2005 11:00 AM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Court Reporter digital.) (Simeone, Maria) Modified on 6/9/2005 (Simeone, Maria). [1:05-mj-00006-LTS] (Entered: 06/09/2005) |
| 06/09/2005 |  | Attorney update in case as to Guillermo Frederico Vasco. Attorney Melvin Norris for Guillermo Frederico Vasco added. (Simeone, Maria) [1:05-mj-00006-LTS] (Entered: 06/09/2005) |
| 06/09/2005 | 5 | Writ of Habeas Corpus ad Prosequendum Issued as to Guillermo Frederico Vasco for 6/13/05 @ 11:00am (Simeone, Maria) [1:05-mj-00006-LTS] (Entered: 06/09/2005) |
| 06/09/2005 | 6 | Magistrate Judge Leo T. Sorokin : ORDER OF DETENTION issued as to Guillermo Frederico Vasco Detention Hearing set for 6/13/2005 11:00 AM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) [1:05-mj-00006-LTS] (Entered: 06/09/2005) |
| 06/10/2005 |  | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered. PLEASE NOTE a change in schedule: The time of 11:00am previously set for the Preliminary Examination as to Guillermo Frederico Vasco has been reset for 6/13/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) |

| | | |
|---|---|---|
| | | [1:05-mj-00006-LTS] (Entered: 06/10/2005) |
| 06/13/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Preliminary Examination as to Guillermo Frederico Vasco held on 6/13/2005; Atty Bower for govt; Atty Norris for deft; govt calls first witness; court swears witness; Govt examines witness; defense cross examines; govt redirects; both parties rest with regard to evidence; deft would like to be heard on probable cause; Court finds probable cause based on facts and evidence presented; deft is bound over for GJA; (Court Reporter Digital.) (Simeone, Maria) Modified on 6/15/2005 (Simeone, Maria). [1:05-mj-00006-LTS] (Entered: 06/13/2005) |
| 06/13/2005 | 7 | EXHIBIT/WITNESS LIST as to Guillermo Frederico Vasco (Simeone, Maria) [1:05-mj-00006-LTS] (Entered: 06/13/2005) |
| 06/15/2005 | 8 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered. CJA 20 as to Guillermo Frederico Vasco: Appointment of Attorney Melvin Norris for Guillermo Frederico Vasco. (Simeone, Maria) [1:05-mj-00006-LTS] (Entered: 06/15/2005) |
| 06/29/2005 | 9 | INDICTMENT as to Guillermo Frederico Vasco (1) count(s) 1-4. (Smith3, Dianne) (Entered: 06/30/2005) |
| 06/29/2005 | 10 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Leo T. Sorokin Reason for referral: pretrial proceedings as to Guillermo Frederico Vasco (Smith3, Dianne) (Entered: 06/30/2005) |
| 06/30/2005 | | PLEASE NOTE: The Arraignment as to Guillermo Frederico Vasco has been set for 7/14/2005 11:00 AM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 06/30/2005) |
| 07/13/2005 | 11 | Writ of Habeas Corpus ad Prosequendum Issued as to Guillermo Frederico Vasco for Thursday, July 14 at 11:00am in courtroom 14. (Simeone, Maria) (Entered: 07/13/2005) |
| 07/14/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Atty Bower; Atty Norris;Arraignment as to Guillermo Frederico Vasco (1) on Counts 1-4 held on 7/14/2005, Plea entered by Guillermo Frederico Vasco Not Guilty on counts 1-4. An Initial Status Conference has been set for 9/6/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Court Reporter digital.) (Simeone, Maria) (Entered: 07/14/2005) |
| 07/14/2005 | 12 | Joint MOTION for Excludable Delay from July 14, 2005 to September 6, 2005 as to Guillermo Frederico Vascoby USA. (Bower, Sandra) (Entered: 07/14/2005) |
| 07/15/2005 | | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 12 Motion to Exclude as to Guillermo Frederico Vasco (1)Time excluded from 7/14/05-9/6/05. (Simeone, Maria) (Entered: 07/15/2005) |
| 07/15/2005 | 13 | **Duplicate entry. See entry #14. This Letter (non-motion) regarding Discovery as to Guillermo Frederico Vasco is not signed. (Norris, Melvin) Modified on 7/20/2005 (Edge, Eugenia). (Entered: 07/15/2005) |
| 07/15/2005 | 14 | *Amended* Letter (non-motion) regarding Discovery as to Guillermo Frederico Vasco (Norris, Melvin) (Entered: 07/15/2005) |
| 09/06/2005 | | Clerk's Notes for proceedings held before Judge Leo T. Sorokin :Status Conference as to Guillermo Frederico Vasco held on 9/6/2005 Court question |

|  |  |  |
|---|---|---|
|  |  | counsel regarding how the case is proceeding. Deft's counsel request a 8 week continuance for discovery. The Gov't's counsel has no opposition. Court grants motion for 8week extension. Interim Status Conference is set for Novenıber 8, 2005 at 2:00 p.m. Final Discovery letter from the defendant is due on Novermber 7, 2005. Order to issue. (Digital Recorder #Tape.) (Howarth, George) (Entered: 09/07/2005) |
| 09/06/2005 | 15 | Magistrate Judge Leo T. Sorokin : ORDER ON EXCLUDABLE DELAY AND INITIAL STATUS REPORT as to Guillermo Frederico Vasco; Time excluded from 9/6/05 until 11/8/05. An interim Status Conference has been set for 11/8/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 09/07/2005) |
| 09/07/2005 |  | ELECTRONIC NOTICE OF HEARING as to Guillermo Frederico VascoThe Interim Status Conference has been set for 11/8/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 09/07/2005) |
| 09/29/2005 | 16 | Letter (non-motion) regarding Discovery as to Guillermo Frederico Vasco (Norris, Melvin) (Entered: 09/29/2005) |
| 10/13/2005 | 17 | Letter (non-motion) regarding additional discovery requests as to Guillermo Frederico Vasco (Bower, Sandra) (Entered: 10/13/2005) |
| 11/08/2005 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :nterim Status Conference as to Guillermo Frederico Vasco held on 11/8/2005; Atty Bower; Atty Norris; Counsel state status of the case and request more time. The court requests an assented to motion excluding the time 11/8/05-12/8/05; The Final Status Conference has been set for 12/8/2005 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) (Entered: 11/08/2005) |
| 11/09/2005 | 18 | Joint MOTION for Excludable Delay from 11-8-05 to 12-8-05 as to Guillermo Frederico Vascoby USA. (Bower, Sandra) (Entered: 11/09/2005) |
| 11/09/2005 |  | Magistrate Judge Leo T. Sorokin : ElectronicORDER entered granting 18 Motion to Exclude as to Guillermo Frederico Vasco (1). Time excluded 11/8/05-12/8/05. (Simeone, Maria) (Entered: 11/09/2005) |
| 12/07/2005 | 19 | SUPERSEDING INDICTMENT as to Guillermo Frederico Vasco (1) count(s) 1s-5s. (Gawlik, Cathy) Additional attachment(s) added on 1/31/2006 (Simeone, Maria). Modified on 1/31/2006 (Simeone, Maria). (Entered: 12/07/2005) |
| 12/07/2005 | 20 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Leo T. Sorokin Reason for referral: Pretrial proceedings as to Guillermo Frederico Vasco (Gawlik, Cathy) (Entered: 12/07/2005) |
| 12/08/2005 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to Guillermo Frederico Vasco held on 12/8/2005; Counsel state status of the case re discovery and may need a little more time; Court sets a date for the arraignment on the SS indictment; Arraignment set for 12/14/2005 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) (Entered: 12/08/2005) |
| 12/12/2005 | 21 | Writ of Habeas Corpus ad Prosequendum Issued as to Guillermo Frederico Vasco for Wednesday, 12/14/05 @ 2:15pm (Simeone, Maria) (Entered: 12/13/2005) |

| | | |
|---|---|---|
| 12/14/2005 | 🔵 | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Arraignment as to Guillermo Frederico Vasco (1) Count 1s-5s held on 12/14/2005; Interpreter sworn; Plea entered by Guillermo Frederico Vasco Not Guilty on all counts.; govt states maximum penalties; defense request additional time for reviewing documents; govt to file an assented to motion excluding the time; 12/14/05-1/20/06; The Final Status Conference has been set for 1/20/2006 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) (Entered: 12/14/2005) |
| 12/14/2005 | 🔵22 | JOINT MOTION for Excludable Delay from 12/8/05 to 12/14/05 as to Guillermo Frederico Vascoby Guillermo Frederico Vasco, USA. (Simeone, Maria) (Entered: 12/14/2005) |
| 12/14/2005 | 🔵 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 22 Motion to Exclude as to Guillermo Frederico Vasco (1). time excluded from 12/8/05-12/14/05 (Simeone, Maria) (Entered: 12/14/2005) |
| 01/03/2006 | 🔵23 | Joint MOTION for Excludable Delay from 12/14/05 to 1/20/06 as to Guillermo Frederico Vascoby USA. (Bower, Sandra) (Entered: 01/03/2006) |
| 01/04/2006 | 🔵 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 23 Motion to Exclude as to Guillermo Frederico Vasco (1). time excluded from 12/14/05-1/20/06. (Simeone, Maria) (Entered: 01/04/2006) |
| 01/19/2006 | 🔵24 | Joint MOTION to Continue *Status Conference* as to Guillermo Frederico Vascoby USA. (Bower, Sandra) (Entered: 01/19/2006) |
| 01/19/2006 | 🔵 | Reset Deadlines re Motion in case as to Guillermo Frederico Vasco 24 Joint MOTION to Continue *Status Conference*. Responses due by 1/19/2006 (Edge, Eugenia) (Entered: 01/20/2006) |
| 01/20/2006 | 🔵 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 24 Motion to Continue as to Guillermo Frederico Vasco (1). (Simeone, Maria) (Entered: 01/20/2006) |
| 01/23/2006 | 🔵 | ELECTRONIC NOTICE OF HEARING as to Guillermo Frederico Vasco The Status Conference has been reset for 3/1/2006 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 01/23/2006) |
| 01/30/2006 | 🔵25 | MOTION for Authorization of Services or Funds *for translator* as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 01/30/2006) |
| 03/01/2006 | 🔵 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Status Conference as to Guillermo Frederico Vasco held on 3/1/2006; Counsel state the status of the case; defense counsel addresses the court as to thier motion for funds and states they need more time. court requests the govt file an assented to motion excluding the time 1/20/06-3/1/06 and 3/1/06-3/28/06; A Further Status Conference has been set for 3/28/2006 03:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) Modified on 3/1/2006 (Simeone, Maria). (Entered: 03/01/2006) |
| 03/02/2006 | 🔵 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 25 Motion for Authorization of Services or Funds as to Guillermo Frederico Vasco (1) (Simeone, Maria) (Entered: 03/02/2006) |
| 03/10/2006 | 🔵26 | Assented to MOTION for Excludable Delay from 1-20-06 to 3-28-06 as to Guillermo Frederico Vascoby USA. (Bower, Sandra) (Entered: 03/10/2006) |

| | | |
|---|---|---|
| 03/10/2006 | | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 26 Motion to Exclude as to Guillermo Frederico Vasco (1)time excluded from 1/20/06-3/28/06 (Simeone, Maria) (Entered: 03/10/2006) |
| 03/28/2006 | 27 | Magistrate Judge Leo T. Sorokin : ORDER entered. REPORT AND ORDER on Final Status Conference as to Guillermo Frederico Vasco. (Simeone, Maria) Modified on 4/10/2006 (Simeone, Maria). (Entered: 03/28/2006) |
| 03/28/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to Guillermo Frederico Vasco held on 3/28/2006; Counsel state status of the case and state the case is ready to be returned to the district judge for trial; Final status report to issue and case to be sent up to the district Judge (Digital Recording #d.) (Simeone, Maria) (Entered: 04/10/2006) |
| 03/30/2006 | | NOTICE OF HEARING as to Guillermo Frederico Vasco Pretrial Conference set for 4/12/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 03/30/2006) |
| 04/10/2006 | | Notice of correction to docket made by Court staff. Correction: Please note the Report and order on Final Status conference as to Guillermo Frederico Vasco previoulsy docket entry # 28 dated 3/28/06 is now docket entry #27. (Simeone, Maria) Modified on 4/10/2006 (Simeone, Maria). (Entered: 04/10/2006) |
| 04/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Pretrial Conference as to Guillermo Frederico Vasco held on 4/12/2006. Government represented by Sandra Bower and Rachel Hershfang; Defendant is represented by Mel Norris. Defendant to file his motion, if any, by 5/12/06. Motion hearing/Status Conference set for 5/22/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. All time between now and 5/22/06 is excluded in the interest of justice. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 04/12/2006) |
| 04/28/2006 | 28 | Ex Parte MOTION for Authorization of Services or Funds *for Psychiatrist* as to Guillermo Frederico Vasco. (Norris, Melvin) Modified on 5/1/2006 (Edge, Eugenia). (Entered: 04/28/2006) |
| 05/08/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 28 Motion for Authorization of Services or Funds as to Guillermo Frederico Vasco (1). The court will allow up to $4,000.00 (10 hours) (Lyness, Paul) (Entered: 05/08/2006) |
| 05/22/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Guillermo Frederico Vasco held on 5/22/2006. Psychiatric report to be completed by end of June, 2006. Status Conference set for 7/26/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. All time between 5/22/06 and 7/26/06 is to be excluded in the interest of justice. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 05/22/2006) |
| 06/28/2006 | 29 | MOTION for Extension of Time to July 7, 2006 to File File Psychiatric Report as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 06/28/2006) |
| 07/20/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting Nunc Pro Tunc 29 Motion for Extension of Time as to Guillermo Frederico Vasco (1) (Lyness, Paul) (Entered: 07/20/2006) |
| 07/26/2006 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Guillermo Frederico Vasco held on 7/26/2006. AUSA Hershfang and Bower for govt. Atty. Norris for defendant. Motion in |

| | | |
|---|---|---|
| | | limine due on or before 10/10/06. Responses due on or before 10/24/06. Defendant will need an interpreter. All time between 7/26/06 thru 11/6/06 is excluded. Jury Trial set for 11/6/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 10/26/2006 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shely Killian.) (Edge, Eugenia) Modified on 7/27/2006 (Edge, Eugenia). (Entered: 07/27/2006) |
| 10/10/2006 | 31 | MOTION in Limine *regarding hostile witness* as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 10/10/2006) |
| 10/10/2006 | 32 | MOTION for transcripts at government expense *regarding Kevin Perry* as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 10/10/2006) |
| 10/10/2006 | 33 | MOTION for Writ of Habeas Corpus ad testificandum *for Kevin A. Perry, Jr.* as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 10/10/2006) |
| 10/11/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 33 Motion for Writ of Habeas Corpus ad testificandum as to Guillermo Frederico Vasco (1) (Lyness, Paul) (Entered: 10/11/2006) |
| 10/11/2006 | 34 | Writ of Habeas Corpus ad Testificandum Issued as to Kevin A. Perry for Week of 11/6/06 in case as to Guillermo Frederico Vasco (Lyness, Paul) (Entered: 10/11/2006) |
| 10/11/2006 | 35 | EX PARTE MOTION FOR ADDITIONAL FUNDS as to Guillermo Frederico Vasco. (Edge, Eugenia) (Entered: 10/13/2006) |
| 10/18/2006 | 36 | Writ of Habeas Corpus ad Prosequendum Issued as to Guillermo Frederico Vasco for October 26, 2006 at 2:30pm (Lyness, Paul) (Entered: 10/18/2006) |
| 10/18/2006 | 37 | Writ of Habeas Corpus ad Prosequendum Issued as to Guillermo Frederico Vasco for November 6, 2006 at 9:00am and for the entire week. (Lyness, Paul) (Entered: 10/18/2006) |
| 10/24/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 35 Sealed Motion as to Guillermo Frederico Vasco (1). (Edge, Eugenia) (Entered: 10/26/2006) |
| 10/26/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Final Pretrial Conference as to Guillermo Frederico Vasco held on 10/26/2006. Jury trial is scheduled for 11/6/06 at 9:00am in Courtroom 9 on the 3rd floor (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/27/2006) |
| 10/27/2006 | 38 | Proposed Voir Dire by Guillermo Frederico Vasco (Norris, Melvin) (Entered: 10/27/2006) |
| 10/30/2006 | 39 | WITNESS LIST by USA as to Guillermo Frederico Vasco (Bower, Sandra) Modified on 10/31/2006 (Edge, Eugenia). (Entered: 10/30/2006) |
| 10/30/2006 | 40 | EXHIBIT LIST by USA as to Guillermo Frederico Vasco (Bower, Sandra) Modified on 10/31/2006 (Edge, Eugenia). (Entered: 10/30/2006) |
| 10/30/2006 | 41 | MOTION in Limine *to Admit English Translations of Spanish Writings* as to Guillermo Frederico Vascoby USA. (Hershfang, Rachel) (Entered: 10/30/2006) |
| 10/30/2006 | 42 | NOTICE OF ATTORNEY APPEARANCE Rachel E. Hershfang appearing for USA. (Hershfang, Rachel) (Entered: 10/30/2006) |

| | | |
|---|---|---|
| 10/31/2006 | 43 | MOTION in Limine *for Review of Transcripts before Videotape is Published* as to Guillermo Frederico Vascoby USA. (Hershfang, Rachel) (Entered: 10/31/2006) |
| 10/31/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 32 Motion for Transcript at Government Expense as to Guillermo Frederico Vasco (1) (Lyness, Paul) (Entered: 10/31/2006) |
| 10/31/2006 | 44 | Proposed Voir Dire by USA as to Guillermo Frederico Vasco (Bower, Sandra) (Entered: 10/31/2006) |
| 11/01/2006 | 45 | EXHIBIT LIST by Guillermo Frederico Vasco (Norris, Melvin) Modified on 11/2/2006 (Edge, Eugenia). (Entered: 11/01/2006) |
| 11/01/2006 | 46 | WITNESS LIST by Guillermo Frederico Vasco (Norris, Melvin) Modified on 11/2/2006 (Edge, Eugenia). (Entered: 11/01/2006) |
| 11/01/2006 | 47 | MOTION in Limine *to Preclude the Government from Stating Items in its Opening* as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 11/01/2006) |
| 11/01/2006 | 48 | MOTION to Seal as to Guillermo Frederico Vascoby USA. (Edge, Eugenia) (Entered: 11/02/2006) |
| 11/01/2006 | 49 | *SEALED* EX PARTE SEALED MOTION as to Guillermo Frederico Vascoby USA. (Attachments: # 1 Exhibit One# 2 Exhibit Two)(Edge, Eugenia) Modified on 11/2/2006 (Edge, Eugenia). (Entered: 11/02/2006) |
| 11/01/2006 | 51 | NOTICE of Waiver of Attorney-Client Privilege by Guillermo Frederico Vasco (Attachments: # 1 Subpoena served on Fred McAlary)(Edge, Eugenia) (Entered: 11/02/2006) |
| 11/02/2006 | 50 | Opposition by USA as to Guillermo Frederico Vasco re 47 MOTION in Limine *to Preclude the Government from Stating Items in its Opening* (Bower, Sandra) (Entered: 11/02/2006) |
| 11/03/2006 | 52 | EXHIBIT LIST by Guillermo Frederico Vasco (Norris, Melvin) Modified on 11/6/2006 (Edge, Eugenia). (Entered: 11/03/2006) |
| 11/03/2006 | 53 | Opposition by Guillermo Frederico Vasco re 43 MOTION in Limine *for Review of Transcripts before Videotape is Published* (Norris, Melvin) (Entered: 11/03/2006) |
| 11/04/2006 | 54 | Proposed Jury Instructions by USA as to Guillermo Frederico Vasco (Bower, Sandra) (Entered: 11/04/2006) |
| 11/06/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Voir Dire begun on 11/6/2006 Guillermo Frederico Vasco (1) on Count 1s-5s (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 11/06/2006) |
| 11/06/2006 | 55 | Writ of Habeas Corpus ad Prosequendum Issued as to Guillermo Frederico Vasco for 11/13/06 and for the entire week (Lyness, Paul) (Entered: 11/06/2006) |
| 11/07/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Guillermo Frederico Vasco held on 11/7/2006. The jury is duly empanelled and sworn. Gov't opening statements- 9:35-9:56; Defendant opening statements- 9:57-10:12. Testimony of government witnesses Michael Curran, Tricia Vasco given; Testimony of government witness Kenneth Croke |

| | | |
|---|---|---|
| | | begins. Evidence presented. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 11/08/2006) |
| 11/08/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Guillermo Frederico Vasco held on 11/8/2006. Testimony of govt. witness Kenneth Croke continues. Testimony of gov't witness Michael Grasso given. Evidence presented. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 11/08/2006) |
| 11/08/2006 | 🔵56 | *SEALED*   MOTION to Seal Motion as to Guillermo Frederico Vascoby USA. (Edge, Eugenia) Modified on 11/9/2006 (Edge, Eugenia). (Entered: 11/09/2006) |
| 11/08/2006 | 🔵57 | SEALED MOTION in Limine as to Guillermo Frederico Vascoby USA. (Edge, Eugenia) (Entered: 11/09/2006) |
| 11/13/2006 | 🔵 | *SEALED*   Judge George A. O'Toole Jr.: Electronic ORDER entered granting 56 Motion to Seal as to Guillermo Frederico Vasco (1); granting 57 Sealed Motion as to Guillermo Frederico Vasco (1) (Lyness, Paul) (Entered: 11/13/2006) |
| 11/13/2006 | 🔵58 | Proposed Jury Instructions by Guillermo Frederico Vasco (Norris, Melvin) (Entered: 11/13/2006) |
| 11/13/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Guillermo Frederico Vasco held on 11/13/2006. Testimony of government witness Kenneth Croke concludes. Testimony of government witnesses Matthew O'Shaughnessy and Stephanie Shafer given. Evidence presented. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 11/14/2006) |
| 11/14/2006 | 🔵59 | MOTION for Judgment Acquittal as to Guillermo Frederico Vasco. (Edge, Eugenia) (Entered: 11/14/2006) |
| 11/14/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Guillermo Frederico Vasco held on 11/14/2006. Testimony of government witness Jason Steiner given. Government rests. Testimony of defendant witness Kevin Perry begins. Testimony of defendant witness Fred McAlary given. Evidence presented. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 11/14/2006) |
| 11/15/2006 | 🔵 | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 59 Motion for Acquittal as to Guillermo Frederico Vasco (1) (Lyness, Paul) (Entered: 11/15/2006) |
| 11/15/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Guillermo Frederico Vasco held on 11/15/2006. Testimony of defendant witness Kevin Perry concludes. Both sides rest. Charging conference is held. 12:00pm-Court begins charge-12:14pm. 12:15pm-gov't closing-12:37pm; 12:38pm-Deft.closing-12:55pm; 12:56pm-Gov't rebuttal-1:05pm; 1:06- Court completes charge- 1:35pm. Lunch arrives at 1:30pm. Jury begins deliberations. Jury returns a verdict at 6:00pm. Exhibits are returned to the government. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 11/16/2006) |
| 11/15/2006 | 🔵60 | JURY VERDICT as to Guillermo Frederico Vasco (1) Guilty on Count 1s-5s. (Lyness, Paul) (Entered: 11/16/2006) |

| | | |
|---|---|---|
| 11/15/2006 | 61 | Judge George A. O'Toole Jr.: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Guillermo Frederico Vasco Sentencing set for 2/21/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 11/16/2006) |
| 11/15/2006 | 62 | EXHIBIT/WITNESS LIST (Lyness, Paul) Additional attachment(s) added on 11/16/2006 (Lyness, Paul). (Entered: 11/16/2006) |
| 11/16/2006 | | Case as to Guillermo Frederico Vasco no longer referred to Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 11/16/2006) |
| 11/16/2006 | 63 | MOTION for Acquittal *to set aside Jury Verdict* as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 11/16/2006) |
| 11/24/2006 | 64 | MOTION for New Trial as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 11/24/2006) |
| 11/30/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 31 Motion in Limine as to Guillermo Frederico Vasco (1); granting 41 Motion in Limine as to Guillermo Frederico Vasco (1); Resolved at trial 43 Motion in Limine as to Guillermo Frederico Vasco (1); denying at trial 47 Motion in Limine as to Guillermo Frederico Vasco (1); granting 48 Motion to Seal as to Guillermo Frederico Vasco (1); Resolved at trial 49 Sealed Motion as to Guillermo Frederico Vasco (1) (Lyness, Paul) (Entered: 11/30/2006) |
| 12/08/2006 | 65 | Opposition by USA as to Guillermo Frederico Vasco re 64 MOTION for New Trial, 63 MOTION for Acquittal *to set aside Jury Verdict* (Bower, Sandra) (Entered: 12/08/2006) |
| 12/13/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 63 Motion for Judgment of Acquittal as to Guillermo Frederico Vasco (1); denying 64 Motion for New Trial as to Guillermo Frederico Vasco (1) (O'Toole, George) (Entered: 12/13/2006) |
| 12/20/2006 | 66 | MOTION for transcripts at government expense as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 12/20/2006) |
| 01/08/2007 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 66 Motion for Transcript at Government Expense as to Guillermo Frederico Vasco (1) (Lyness, Paul) (Entered: 01/08/2007) |
| 01/29/2007 | 67 | MOTION for Extension of Time to February 9, 2007 to File Objections to Presentence Report as to Guillermo Frederico Vasco. (Norris, Melvin) (Entered: 01/29/2007) |
| 01/30/2007 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 67 Motion for Extension of Time to File as to Guillermo Frederico Vasco (1) (Lyness, Paul) (Entered: 01/30/2007) |
| 01/30/2007 | | Reset Hearings as to Guillermo Frederico Vasco: Sentencing set for 3/8/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 01/30/2007) |
| 02/20/2007 | | Judge George A. O'Toole Jr.: Electronic ORDER entered as to Guillermo Frederico Vasco. Because the defendant has furnished a copy of the psychological evaluation of the defendant previously filed under seal (docket no. 30) to the probation office for purposes of the presentence investigation and report, the government shall be entitled to examine the report. It shall otherwise |

| | | |
|---|---|---|
| | | remain under seal. (Lyness, Paul) (Entered: 02/20/2007) |
| 02/21/2007 | 68 | SENTENCING MEMORANDUM by Guillermo Frederico Vasco (Norris, Melvin) (Entered: 02/21/2007) |
| 02/27/2007 | 69 | Writ of Habeas Corpus ad Prosequendum Issued as to Guillermo Frederico Vasco (Lyness, Paul) Additional attachment(s) added on 2/27/2007 (Lyness, Paul). (Entered: 02/27/2007) |
| 03/02/2007 | 70 | SENTENCING MEMORANDUM by USA as to Guillermo Frederico Vasco (Bower, Sandra) (Entered: 03/02/2007) |
| 03/08/2007 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Sentencing held on 3/8/2007 for Guillermo Frederico Vasco (1), Count(s) 1s-5s, 240 months imprisonment. 120 months on each of counts 1s-4s to run concurrently with each other and 120 months on Count 5s to run consecutively to the 120 months imposed on counts 1s-4s. The court recommends to the Bureau of Prisons that the defendant participate in the 500 Hour Residential Drug Abuse Program. 2 years on each of counts 1s-5s to run concurrently with each other. Deft. shall not possess a firearm; Defendant shall cooperate in collection of DNA; The defendant is not to consume any alcoholic beverages; the defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; The defendant shall use his true name and is prohibited from the use of any false identifying information which includes, but is not limited to, any aliases, false dates of birth, false social security numbers, and incorrect places of birth. Defendant is assessed $500.00. Fine is waived.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 03/19/2007) |
| 03/08/2007 | 73 | Judge George A. O'Toole Jr.: ORDER of Stipulated Judicial Deportation entered. as to Guillermo Frederico Vasco (Lyness, Paul) (Entered: 03/19/2007) |
| 03/09/2007 | 72 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT as to Guillermo Frederico Vasco (1), Count(s) 1s-5s, 240 months imprisonment. 120 months on each of counts 1s-4s to run concurrently with each other and 120 months on Count 5s to run consecutively to the 120 months imposed on counts 1s-4s. The court recommends to the Bureau of Prisons that the defendant participate in the 500 Hour Residential Drug Abuse Program. 2 years on each of counts 1s-5s to run concurrently with each other. Deft. shall not possess a firearm; Defendant shall cooperate in collection of DNA; The defendant is not to consume any alcoholic beverages; the defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; The defendant shall use his true name and is prohibited from the use of any false identifying information which includes, but is not limited to, any aliases, false dates of birth, false social security numbers, and incorrect places of birth. Defendant is assessed $500.00. Fine is waived. (Lyness, Paul) Additional attachment(s) added on 3/19/2007 (Lyness, Paul). (Entered: 03/19/2007) |
| 03/14/2007 | 71 | NOTICE OF APPEAL by Guillermo Frederico Vasco NOTICE TO COUNSEL: |

| | | A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/3/2007. (Norris, Melvin) (Entered: 03/14/2007) |