UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                          Cr. No. 05-10164 GAO

GUILLERMO F. VASCO

### MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the appellant in the above captioned matter and moves this Honorable Court to allow him to proceed *in forma pauperis* before this Court. As reasons therefore, the appellant assigns the following:

1. The appellant, Guillermo Vasco, is represented by Attorney Melvin Norris, an attorney appointed to represent him under the Criminal Justice Act (CJA).

2. The appellant is indigent, and is relying upon the Court to provide for his Counsel and the costs of this appeal.

3. If the defendant is not allowed to proceed *in forma pauperis*, the defendant and his attorney will be unable to financially prosecute this appeal before this Court.

4. The defendant has recently submitted a current financial statement under seal in this Court.

Wherefore, the appellant requests that this Court allow his motion, and allow this appeal to proceed *in forma pauperis*.

Dated: March 29, 2007

Respectfully Submitted,
GUILLERMO VASCO,
By his attorney:

_/s/ Melvin Norris_____
Melvin Norris
MA BBO# 393600
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

     /s/ Melvin Norris
MELVIN NORRIS